SEP 1 2 2001

Michael N. Milby
Clerk of Court

CLOSED LEAD

U.S. District Court
District of Maryland (Cumberland)

CIVIL DOCKET FOR CASE #: 95-CV-1481

Buckley v. Airshield, et al                              Filed: 05/17/95
Assigned to: Judge Alexander Williams, Jr.
Demand: $0,000                          Nature of Suit: 830
Lead Docket: None                       Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 35:145 Patent Infringement


FRANK T. BUCKLEY, JR.              Raphael V. Lupo
     plaintiff                     12027568087
                                   [COR NTC]
                                   McDermott, Will and Emery
                                   PH
                                   600 - 13th Street, N. W.
                                   Washington, DC 20005
                                   USA
                                   202/756-8000

                                   Michael Edward McCabe, Jr.
                                    [term  08/20/99]
                                   17034132220
                                   [COR]
                                   OBLON, SPIVAK, McCLELLAND,
                                   MAIER & NEUSTADT, PC
                                   1755 Jefferson Davis Highway
                                   4th Floor
                                   Arlington, VA 22202
                                   USA
                                   703/413-3000

                                   Timothy R. DeWitt
                                    [term  02/13/98]
                                   [COR]
                                   Lowe, Price, LeBlanc & Becker
                                   PH
                                   99 Canal Center Plaza
                                   Suite 300
                                   Alexandria, VA 22314
                                   USA
                                   (703) 684-1111

                                   Kenneth E. Krosin
                                    [term  02/13/98]
                                   12026725399
                                   [COR NTC]
                                   Foley & Lardner
                                   3000 K Street, N.W.

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

                              Suite 500
                              Washington, DC 20007
                              USA
                              1/202/672-5300

                              Harrie R. Samaras
                               [term  02/13/98]
                              [COR NTC]
                              Lowe, Price, Leblanc & Becker
                              99 Canal Center Plaza
                              Suite 300
                              Alexandria, VA 22314
                              USA
                              (703) 684-1111

                              Bruce K. Lagerman
                               [term  06/11/96]
                              [COR NTC]
                              Lowe, Price, LeBlanc & Becker
                              P.H.
                              99 Canal Center Plaza
                              Suite 300
                              Alexandria, VA 22314
                              USA

                              Melise R. Blakeslee
                              12027568087
                              [COR NTC]
                              Christopher Kliefoth
                              12027568087
                              [COR NTC]
                              McDermott, Will & Emery
                              PH
                              600 13th Street, N.W.
                              Washington, DC 20005
                              USA
                              202/756-8000

                              Charles D. Ossola
                               [term  02/13/98]
                              12029425999
                              [COR LD NTC]
                              ARNOLD & PORTER
                              555 12th Street, N.W.
                              Washington, DC 20004-1202
                              USA
                              202/942-5977

                              Diane L. Cafritz
                              [COR LD NTC]
                              McDermott Will & Emery
                              PH
                              600 13th Street, MW
                              Washington, DC 20005-3096

```
Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                          CLOSED LEAD
                              USA
                              202/756-8000

                              Laura Eversole
                               [term  01/30/01]
                              12027568087
                              [COR NTC]
                              McDermott, Will & Emery
                              PH
                              600 13th Street, N.W.
                              Washington, DC 20005
                              USA
                              202/756-8067


        v.


AIRSHIELD CORPORATION         Louis J. Kozlakowski
     defendant               14103854070
                              [COR LD NTC]
                              Law Office
                              1200 Mercantile Bank & Trust
                              Bldg.
                              2 Hopkins Plaza
                              Baltimore, MD 21201
                              USA
                              1/410/385-4000

                              Linda M Schuett
                               [term  11/07/95]
                              14102227835
                              [COR LD NTC]
                              County Attorney Anne Arundel
                              County
                              2660 Riva Rd Ste on Fourth Fl
                              Annapolis, MD 21401
                              USA
                              4102227835

                              Roy I Niedermayer
                              13019510585
                              [COR LD NTC]
                              Law Offices of Roy I
                              Niedermayer
                              Three Bethesda Metro Ctr Ste
                              430
                              Bethesda, MD 20814
                              USA
                              13019514456

                              Mark P. Stone
                               [term  05/23/96]
                              [COR LD NTC]
```

```
Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                         CLOSED LEAD
```

```
                              Law Office
                              N/A
                              1100 High Ridge Road
                              Stanford, CT 06905
                              USA

                              Dennis L. Thomte
                              14023920734
                              [COR NTC]
                              Zarley, McKee, Thomte, Vorhees,
                              et al
                              P.H.
                              Commercial Federal Tower -
                              Suite 1111
                              2120 S. 72nd Street
                              Omaha, NE 68124
                              USA
                              (402) 392-2280

                              Russell W Mills
                              19727018765
                              [COR NTC]
                              Law Office
                              PH
                              15303 Dallas Pkwy Ste 700
                              Addison, TX 75001
                              USA
                              19727017085

FIBERTEC CORPORATION          Louis J. Kozlakowski
     defendant                (See above)
                              [COR LD NTC]

                              Linda M Schuett
                               [term  10/24/00]
                              (See above)
                              [COR LD NTC]

                              Mark P. Stone
                               [term  05/23/96]
                              (See above)
                              [COR LD NTC]

                              Dennis L. Thomte
                              (See above)
                              [COR NTC]

WERNER ENTERPRISES, INC.      Louis J. Kozlakowski
     defendant                 [term  12/18/96]
     [term  12/18/96]         (See above)
                              [COR LD NTC]
```

```
Docket as of August 31, 2001 2:16 pm               Page 4
```

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

                                    Linda M Schuett
                                      [term  12/18/96]
                                     (See above)
                                     [COR LD NTC]

                                    Mark P. Stone
                                      [term  05/23/96]
                                     (See above)
                                     [COR LD NTC]

WASHINGTON FREIGHTLINER, INC.      Louis J. Kozlakowski
    defendant                        [term  12/18/96]
  [term  12/18/96]                   (See above)
                                     [COR LD NTC]

                                    Linda M Schuett
                                      [term  11/07/95]
                                     (See above)

                                    Mark P. Stone
                                      [term  05/23/96]
                                     (See above)
                                     [COR LD NTC]


========================


AIRSHIELD CORPORATION              Linda M Schuett
    counter-claimant                 [term  11/07/95]
                                    14102227835
                                    County Attorney Anne Arundel
                                    County
                                    2660 Riva Rd Ste on Fourth Fl
                                    Annapolis, MD 21401
                                    USA
                                    4102227835


-------------------------


FRANK T. BUCKLEY, JR.              Charles D. Ossola
    counter-defendant                [term  02/11/98]
                                    12029425999
                                    [COR LD NTC]
                                    ARNOLD & PORTER
                                    555 12th Street, N.W.
                                    Washington, DC 20004-1202
                                    USA
                                    202/942-5977


Docket as of August 31, 2001 2:16 pm                     Page 5

```
Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

========================


AIRSHIELD, INC.                    Dennis L. Thomte
        defendant                  14023920734
                                   [COR NTC]
                                   Zarley, McKee, Thomte, Vorhees,
                                   et al
                                   P.H.
                                   Commercial Federal Tower -
                                   Suite 1111
                                   2120 S. 72nd Street
                                   Omaha, NE 68124
                                   USA
                                   (402) 392-2280


========================


AIRSHIELD CORPORATION              Louis J. Kozlakowski
        counter-claimant           14103854070
                                   [COR LD NTC]
                                   Law Office
                                   1200 Mercantile Bank & Trust
                                   Bldg.
                                   2 Hopkins Plaza
                                   Baltimore, MD 21201
                                   USA
                                   1/410/385-4000

                                   Linda M Schuett
                                    [term  11/07/95]
                                   14102227835
                                   [COR LD NTC]
                                   County Attorney Anne Arundel
                                   County
                                   2660 Riva Rd Ste on Fourth Fl
                                   Annapolis, MD 21401
                                   USA
                                   4102227835

                                   Mark P. Stone
                                    [term  05/23/96]
                                   [COR LD NTC]
                                   Law Office
                                   N/A
                                   1100 High Ridge Road
                                   Stanford, CT 06905
                                   USA


AIRSHIELD CORPORATION              Louis J. Kozlakowski
        counter-claimant           (See above)

Docket as of August 31, 2001 2:16 pm               Page 6
```

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                           CLOSED LEAD

                              [COR LD NTC]

                              Linda M Schuett
                               [term  11/07/95]
                              (See above)
                              [COR LD NTC]

                              Mark P. Stone
                               [term  05/23/96]
                              (See above)
                              [COR LD NTC]


AIRSHIELD, INC.
      counter-claimant


------------------------


FRANK T. BUCKLEY, JR.         Michael Edward McCabe, Jr.
      counter-defendant        [term  08/20/99]
                              17034132220
                              [COR]
                              OBLON, SPIVAK, McCLELLAND,
                              MAIER & NEUSTADT, PC
                              1755 Jefferson Davis Highway
                              4th Floor
                              Arlington, VA 22202
                              USA
                              703/413-3000

                              Timothy R. DeWitt
                               [term  03/03/00]
                              [COR]
                              Lowe, Price, LeBlanc & Becker
                              PH
                              99 Canal Center Plaza
                              Suite 300
                              Alexandria, VA 22314
                              USA
                              (703) 684-1111

                              Kenneth E. Krosin
                              12026725399
                              [COR NTC]
                              Foley & Lardner
                              3000 K Street, N.W.
                              Suite 500
                              Washington, DC 20007
                              USA
                              1/202/672-5300

                              Harrie R. Samaras

Docket as of August 31, 2001 2:16 pm                    Page 7

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

                                    [COR NTC]
                                    Lowe, Price, Leblanc & Becker
                                    99 Canal Center Plaza
                                    Suite 300
                                    Alexandria, VA 22314
                                    USA
                                    (703) 684-1111

                                    Bruce K. Lagerman
                                     [term 06/11/96]
                                    [COR NTC]
                                    Lowe, Price, LeBlanc & Becker
                                    P.H.
                                    99 Canal Center Plaza
                                    Suite 300
                                    Alexandria, VA 22314
                                    USA

                                    Charles D. Ossola
                                     [term 03/03/00]
                                    12029425999
                                    [COR LD NTC]
                                    ARNOLD & PORTER
                                    555 12th Street, N.W.
                                    Washington, DC 20004-1202
                                    USA
                                    202/942-5977

FRANK T. BUCKLEY, JR.               Michael Edward McCabe, Jr.
    counter-defendant                [term 08/20/99]
                                    (See above)
                                    [COR]

                                    Timothy R. DeWitt
                                     [term 03/03/00]
                                    (See above)
                                    [COR]

                                    Kenneth E. Krosin
                                    (See above)
                                    [COR NTC]

                                    Harrie R. Samaras
                                    (See above)
                                    [COR NTC]

                                    Bruce K. Lagerman
                                     [term 06/11/96]
                                    (See above)
                                    [COR NTC]

                                    Charles D. Ossola
                                     [term 03/03/00]

Docket as of August 31, 2001 2:16 pm                      Page 8

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

                                   (See above)
                                   [COR LD NTC]


FRANK T. BUCKLEY, JR.              Michael Edward McCabe, Jr.
     counter-defendant              [term  08/20/99]
                                   (See above)
                                   [COR]

                                   Timothy R. DeWitt
                                    [term  03/03/00]
                                   (See above)
                                   [COR]

                                   Kenneth E. Krosin
                                   (See above)
                                   [COR NTC]

                                   Harrie R. Samaras
                                   (See above)
                                   [COR NTC]

                                   Bruce K. Lagerman
                                    [term  06/11/96]
                                   (See above)
                                   [COR NTC]

                                   Charles D. Ossola
                                    [term  03/03/00]
                                   (See above)
                                   [COR LD NTC]


=========================


AIRSHIELD CORPORATION              Louis J. Kozlakowski
     counter-claimant              14103854070
                                   [COR LD NTC]
                                   Law Office
                                   1200 Mercantile Bank & Trust
                                   Bldg.
                                   2 Hopkins Plaza
                                   Baltimore, MD 21201
                                   USA
                                   1/410/385-4000

                                   Linda M Schuett
                                    [term  11/07/95]
                                   14102227835
                                   [COR LD NTC]
                                   County Attorney Anne Arundel
                                   County
                                   2660 Riva Rd Ste on Fourth Fl

Docket as of August 31, 2001 2:16 pm            Page 9

```
Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                          CLOSED LEAD
```

```
                              Annapolis, MD 21401
                              USA
                              4102227835

                              Mark P. Stone
                               [term  05/23/96]
                              [COR LD NTC]
                              Law Office
                              N/A
                              1100 High Ridge Road
                              Stanford, CT 06905
                              USA


FIBERTEC CORPORATION          Louis J. Kozlakowski
     counter-claimant         (See above)
                              [COR LD NTC]

                              Linda M Schuett
                               [term  03/20/00]
                              (See above)
                              [COR LD NTC]

                              Mark P. Stone
                               [term  05/23/96]
                              (See above)
                              [COR LD NTC]


------------------------


FRANK T. BUCKLEY, JR.         Michael Edward McCabe, Jr.
     counter-defendant        17034132220
                              [COR]
                              OBLON, SPIVAK, McCLELLAND,
                              MAIER & NEUSTADT, PC
                              1755 Jefferson Davis Highway
                              4th Floor
                              Arlington, VA 22202
                              USA
                              703/413-3000

                              Timothy R. DeWitt
                               [term  03/03/00]
                              [COR]
                              Lowe, Price, LeBlanc & Becker
                              PH
                              99 Canal Center Plaza
                              Suite 300
                              Alexandria, VA 22314
                              USA
                              (703) 684-1111


Docket as of August 31, 2001 2:16 pm                        Page 10
```

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

                            Kenneth E. Krosin
                            12026725399
                            [COR NTC]
                            Foley & Lardner
                            3000 K Street, N.W.
                            Suite 500
                            Washington, DC 20007
                            USA
                            1/202/672-5300

                            Harrie R. Samaras
                            [COR NTC]
                            Lowe, Price, Leblanc & Becker
                            99 Canal Center Plaza
                            Suite 300
                            Alexandria, VA 22314
                            USA
                            (703) 684-1111

                            Bruce K. Lagerman
                             [term  06/11/96]
                            [COR NTC]
                            Lowe, Price, LeBlanc & Becker
                            P.H.
                            99 Canal Center Plaza
                            Suite 300
                            Alexandria, VA 22314
                            USA

                            Charles D. Ossola
                             [term  03/03/00]
                            12029425999
                            [COR LD NTC]
                            ARNOLD & PORTER
                            555 12th Street, N.W.
                            Washington, DC 20004-1202
                            USA
                            202/942-5977


FRANK T. BUCKLEY, JR.       Michael Edward McCabe, Jr.
    counter-defendant        [term  12/18/96]
 [term  12/18/96]           (See above)
                            [COR]

                            Timothy R. DeWitt
                             [term  12/18/96]
                            (See above)
                            [COR]

                            Kenneth E. Krosin
                             [term  12/18/96]
                            (See above)
                            [COR NTC]

Docket as of August 31, 2001 2:16 pm              Page 11

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                              CLOSED LEAD

                              Harrie R. Samaras
                               [term  12/18/96]
                              (See above)
                              [COR NTC]

                              Bruce K. Lagerman
                               [term  06/11/96]
                              (See above)
                              [COR NTC]

                              Charles D. Ossola
                               [term  12/18/96]
                              (See above)
                              [COR LD NTC]


=========================


WERNER ENTERPRISES, INC.          Louis J. Kozlakowski
    counter-claimant               [term  12/18/96]
 [term  12/18/96]                 14103854070
                                  [COR LD NTC]
                                  Law Office
                                  1200 Mercantile Bank & Trust
                                  Bldg.
                                  2 Hopkins Plaza
                                  Baltimore, MD 21201
                                  USA
                                  1/410/385-4000

                                  Linda M Schuett
                                   [term  12/18/96]
                                  14102227835
                                  [COR LD NTC]
                                  County Attorney Anne Arundel
                                  County
                                  2660 Riva Rd Ste on Fourth Fl
                                  Annapolis, MD 21401
                                  USA
                                  4102227835

                                  Mark P. Stone
                                   [term  05/23/96]
                                  [COR LD NTC]
                                  Law Office
                                  N/A
                                  1100 High Ridge Road
                                  Stanford, CT 06905
                                  USA


- - - - - - - - - - - - - - - - - - -

Docket as of August 31, 2001 2:16 pm                    Page 12

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD


FRANK T. BUCKLEY, JR.              Michael Edward McCabe, Jr.
     counter-defendant             [term  12/18/96]
[term  12/18/96]                   17034132220
                                   [COR]
                                   OBLON, SPIVAK, McCLELLAND,
                                   MAIER & NEUSTADT, PC
                                   1755 Jefferson Davis Highway
                                   4th Floor
                                   Arlington, VA 22202
                                   USA
                                   703/413-3000

                                   Timothy R. DeWitt
                                    [term  12/18/96]
                                   [COR]
                                   Lowe, Price, LeBlanc & Becker
                                   PH
                                   99 Canal Center Plaza
                                   Suite 300
                                   Alexandria, VA 22314
                                   USA
                                   (703) 684-1111

                                   Kenneth E. Krosin
                                    [term  12/18/96]
                                   12026725399
                                   [COR NTC]
                                   Foley & Lardner
                                   3000 K Street, N.W.
                                   Suite 500
                                   Washington, DC 20007
                                   USA
                                   1/202/672-5300

                                   Harrie R. Samaras
                                    [term  12/18/96]
                                   [COR NTC]
                                   Lowe, Price, Leblanc & Becker
                                   99 Canal Center Plaza
                                   Suite 300
                                   Alexandria, VA 22314
                                   USA
                                   (703) 684-1111

                                   Bruce K. Lagerman
                                    [term  06/11/96]
                                   [COR NTC]
                                   Lowe, Price, LeBlanc & Becker
                                   P.H.
                                   99 Canal Center Plaza
                                   Suite 300
                                   Alexandria, VA 22314

Docket as of August 31, 2001 2:16 pm                    Page 13

CMzPDF - www.fastio.com

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

                              USA

                              Charles D. Ossola
                               [term  12/18/96]
                              12029425999
                              [COR LD NTC]
                              ARNOLD & PORTER
                              555 12th Street, N.W.
                              Washington, DC 20004-1202
                              USA
                              202/942-5977


========================

WASHINGTON FREIGHTLINER, INC.    Louis J. Kozlakowski
      counter-claimant            [term  12/18/96]
 [term  12/18/96]                14103854070
                                 [COR LD NTC]
                                 Law Office
                                 1200 Mercantile Bank & Trust
                                 Bldg.
                                 2 Hopkins Plaza
                                 Baltimore, MD 21201
                                 USA
                                 1/410/385-4000

                                 Linda M Schuett
                                  [term  11/07/95]
                                 14102227835
                                 [COR LD NTC]
                                 County Attorney Anne Arundel
                                 County
                                 2660 Riva Rd Ste on Fourth Fl
                                 Annapolis, MD 21401
                                 USA
                                 4102227835

                                 Mark P. Stone
                                  [term  05/23/96]
                                 [COR LD NTC]
                                 Law Office
                                 N/A
                                 1100 High Ridge Road
                                 Stanford, CT 06905
                                 USA


------------------------

FRANK T. BUCKLEY, JR.            Michael Edward McCabe, Jr.
      counter-defendant           [term  08/20/99]

Docket as of August 31, 2001 2:16 pm                Page 14

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

                              17034132220
                              [COR]
                              OBLON, SPIVAK, McCLELLAND,
                              MAIER & NEUSTADT, PC
                              1755 Jefferson Davis Highway
                              4th Floor
                              Arlington, VA 22202
                              USA
                              703/413-3000

                              Timothy R. DeWitt
                               [term  03/03/00]
                              [COR]
                              Lowe, Price, LeBlanc & Becker
                              PH
                              99 Canal Center Plaza
                              Suite 300
                              Alexandria, VA 22314
                              USA
                              (703) 684-1111

                              Kenneth E. Krosin
                              12026725399
                              [COR NTC]
                              Foley & Lardner
                              3000 K Street, N.W.
                              Suite 500
                              Washington, DC 20007
                              USA
                              1/202/672-5300

                              Harrie R. Samaras
                              [COR NTC]
                              Lowe, Price, Leblanc & Becker
                              99 Canal Center Plaza
                              Suite 300
                              Alexandria, VA 22314
                              USA
                              (703) 684-1111

                              Bruce K. Lagerman
                               [term  06/11/96]
                              [COR NTC]
                              Lowe, Price, LeBlanc & Becker
                              P.H.
                              99 Canal Center Plaza
                              Suite 300
                              Alexandria, VA 22314
                              USA

                              Charles D. Ossola
                               [term  03/03/00]
                              12029425999
                              [COR LD NTC]

Docket as of August 31, 2001 2:16 pm                     Page 15

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

                              ARNOLD & PORTER
                              555 12th Street, N.W.
                              Washington, DC 20004-1202
                              USA
                              202/942-5977


========================

AIRSHIELD CORPORATION         Louis J. Kozlakowski
       counter-claimant       14103854070
                              [COR LD NTC]
                              Law Office
                              1200 Mercantile Bank & Trust
                              Bldg.
                              2 Hopkins Plaza
                              Baltimore, MD 21201
                              USA
                              1/410/385-4000

                              Linda M Schuett
                               [term  11/07/95]
                              14102227835
                              [COR LD NTC]
                              County Attorney Anne Arundel
                              County
                              2660 Riva Rd Ste on Fourth Fl
                              Annapolis, MD 21401
                              USA
                              4102227835

                              Mark P. Stone
                               [term  05/23/96]
                              [COR LD NTC]
                              Law Office
                              N/A
                              1100 High Ridge Road
                              Stanford, CT 06905
                              USA


------------------------

FRANK T. BUCKLEY, JR.         Michael Edward McCabe, Jr.
       counter-defendant       [term  08/20/99]
                              17034132220
                              [COR]
                              OBLON, SPIVAK, McCLELLAND,
                              MAIER & NEUSTADT, PC
                              1755 Jefferson Davis Highway
                              4th Floor
                              Arlington, VA 22202

Docket as of August 31, 2001 2:16 pm              Page 16

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                          CLOSED LEAD

                              USA
                              703/413-3000

                              Timothy R. DeWitt
                               [term  03/03/00]
                              [COR]
                              Lowe, Price, LeBlanc & Becker
                              PH
                              99 Canal Center Plaza
                              Suite 300
                              Alexandria, VA 22314
                              USA
                              (703) 684-1111

                              Kenneth E. Krosin
                              12026725399
                              [COR NTC]
                              Foley & Lardner
                              3000 K Street, N.W.
                              Suite 500
                              Washington, DC 20007
                              USA
                              1/202/672-5300

                              Harrie R. Samaras
                              [COR NTC]
                              Lowe, Price, Leblanc & Becker
                              99 Canal Center Plaza
                              Suite 300
                              Alexandria, VA 22314
                              USA
                              (703) 684-1111

                              Bruce K. Lagerman
                               [term  06/11/96]
                              [COR NTC]
                              Lowe, Price, LeBlanc & Becker
                              P.H.
                              99 Canal Center Plaza
                              Suite 300
                              Alexandria, VA 22314
                              USA

                              Charles D. Ossola
                               [term  03/03/00]
                              12029425999
                              [COR LD NTC]
                              ARNOLD & PORTER
                              555 12th Street, N.W.
                              Washington, DC 20004-1202
                              USA
                              202/942-5977

Docket as of August 31, 2001 2:16 pm                    Page 17

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

========================

FIBERTEC CORPORATION                 Louis J. Kozlakowski
     counter-claimant                14103854070
                                     [COR LD NTC]
                                     Law Office
                                     1200 Mercantile Bank & Trust
                                     Bldg.
                                     2 Hopkins Plaza
                                     Baltimore, MD 21201
                                     USA
                                     1/410/385-4000

                                     Linda M Schuett
                                       [term  03/20/00]
                                     14102227835
                                     [COR LD NTC]
                                     County Attorney Anne Arundel
                                     County
                                     2660 Riva Rd Ste on Fourth Fl
                                     Annapolis, MD 21401
                                     USA
                                     4102227835

                                     Mark P. Stone
                                       [term  05/23/96]
                                     [COR LD NTC]
                                     Law Office
                                     N/A
                                     1100 High Ridge Road
                                     Stanford, CT 06905
                                     USA


------------------------


FRANK T. BUCKLEY, JR.                Michael Edward McCabe, Jr.
     counter-defendant                 [term  08/20/99]
                                     17034132220
                                     [COR]
                                     OBLON, SPIVAK, McCLELLAND,
                                     MAIER & NEUSTADT, PC
                                     1755 Jefferson Davis Highway
                                     4th Floor
                                     Arlington, VA 22202
                                     USA
                                     703/413-3000

                                     Timothy R. DeWitt
                                       [term  03/03/00]
                                     [COR]
                                     Lowe, Price, LeBlanc & Becker

Docket as of August 31, 2001 2:16 pm                Page 18

CMiPDF - www.texisi.com

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                          CLOSED LEAD

                              PH
                              99 Canal Center Plaza
                              Suite 300
                              Alexandria, VA 22314
                              USA
                              (703) 684-1111

                              Kenneth E. Krosin
                              12026725399
                              [COR NTC]
                              Foley & Lardner
                              3000 K Street, N.W.
                              Suite 500
                              Washington, DC 20007
                              USA
                              1/202/672-5300

                              Harrie R. Samaras
                              [COR NTC]
                              Lowe, Price, Leblanc & Becker
                              99 Canal Center Plaza
                              Suite 300
                              Alexandria, VA 22314
                              USA
                              (703) 684-1111

                              Bruce K. Lagerman
                               [term  06/11/96]
                              [COR NTC]
                              Lowe, Price, LeBlanc & Becker
                              P.H.
                              99 Canal Center Plaza
                              Suite 300
                              Alexandria, VA 22314
                              USA

                              Charles D. Ossola
                               [term  03/03/00]
                              12029425999
                              [COR LD NTC]
                              ARNOLD & PORTER
                              555 12th Street, N.W.
                              Washington, DC 20004-1202
                              USA
                              202/942-5977


========================

AIRSHIELD, INC.
      counter-claimant


Docket as of August 31, 2001 2:16 pm              Page 19

```
Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

------------------------------


FRANK T. BUCKLEY, JR.          Michael Edward McCabe, Jr.
      counter-defendant          [term  08/20/99]
                               17034132220
                               [COR]
                               OBLON, SPIVAK, McCLELLAND,
                               MAIER & NEUSTADT, PC
                               1755 Jefferson Davis Highway
                               4th Floor
                               Arlington, VA 22202
                               USA
                               703/413-3000

                               Timothy R. DeWitt
                                [term  03/03/00]
                               [COR]
                               Lowe, Price, LeBlanc & Becker
                               PH
                               99 Canal Center Plaza
                               Suite 300
                               Alexandria, VA 22314
                               USA
                               (703) 684-1111

                               Kenneth E. Krosin
                               12026725399
                               [COR NTC]
                               Foley & Lardner
                               3000 K Street, N.W.
                               Suite 500
                               Washington, DC 20007
                               USA
                               1/202/672-5300

                               Harrie R. Samaras
                               [COR NTC]
                               Lowe, Price, Leblanc & Becker
                               99 Canal Center Plaza
                               Suite 300
                               Alexandria, VA 22314
                               USA
                               (703) 684-1111

                               Bruce K. Lagerman
                                [term  06/11/96]
                               [COR NTC]
                               Lowe, Price, LeBlanc & Becker
                               P.H.
                               99 Canal Center Plaza
                               Suite 300
                               Alexandria, VA 22314
                               USA
```

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                          CLOSED LEAD

                              Charles D. Ossola
                               [term  03/03/00]
                              12029425999
                              [COR LD NTC]
                              ARNOLD & PORTER
                              555 12th Street, N.W.
                              Washington, DC 20004-1202
                              USA
                              202/942-5977

Docket as of August 31, 2001 2:16 pm                    Page 21

CtrlPDF - www.fesiio.com

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

5/17/95   1    COMPLAINT and Exhibits A thru C filed;   FILING FEE $
               120.00 RECEIPT # 120906. (dl) [Entry date 05/23/95]
               [2:95cv1481]

5/17/95   2    MOTION by Frank T. Buckley Jr. for Kenneth E. Krosin,
               Harrie R. Samaras, and Bruce K. Lagerman to Appear Pro Hac
               Vice and attached Attorneys' Certificates for Admission Pro
               Hac Vice.  (1c/s) (dl) [Entry date 05/23/95]
               [Edit date 06/09/95] [2:95cv1481]

5/18/95   3    SUMMONS(ES) (20 day) issued for Airshield, Fibertec
               Corporation, Werner Enterprises, and Washington Freight. (dl)
               [Entry date 05/23/95] [Edit date 05/24/95] [2:95cv1481]

5/22/95   4    Letter sent to the Commissioner of Patents and Trademarks.
               (dl) [Entry date 05/23/95] [2:95cv1481]

5/30/95   5    MOTION by Frank T. Buckley Jr. for Timothy R. DeWitt to
               Appear Pro Hac Vice. (cag) [Entry date 06/08/95]
               [Edit date 06/09/95] [2:95cv1481]

5/30/95   5    ORDER   granting [5-1] motion for Timothy R. DeWitt to
               Appear Pro Hac Vice. ( signed by Judge Alexander Williams
               Jr. 5/25/95 ) (c/m 5/30/95) (cag) [Entry date 06/08/95]
               [2:95cv1481]

6/19/95   6    ANSWER to Complaint by Fibertec Corporation  (Attorney
               Linda M. Richards(Schuett), (lw) [Entry date 06/22/95]
               [2:95cv1481]

6/19/95   7    ANSWER to Complaint by Werner Enterprises  (Attorney Linda
               M. Richards), (lw) [Entry date 06/22/95] [2:95cv1481]

6/22/95   8    ANSWER to Complaint  and COUNTERCLAIM by Airshield
               (Attorney  Linda M. Schuett)  against Frank T. Buckley Jr.
               (mdw) [Entry date 06/28/95] [2:95cv1481]

6/23/95   9    MOTION by Airshield, Fibertec Corporation, Werner
               Enterprises, Washington Freight for Mark P. Stone to
               Appear Pro Hac Vice (mdw) [Entry date 06/30/95]
               [2:95cv1481]

6/23/95   9    ORDER   granting [9-1] motion of defendants for Mark P.
               Stone to Appear Pro Hac Vice ( signed by Judge Alexander
               Williams Jr. 6/22/95). (mdw) [Entry date 06/30/95]
               [2:95cv1481]

7/3/95    11   RETURN OF SERVICE executed as to Washington Freight 6/29/95;
                Answer due on 7/19/95 for Washington Freight. (jb)
               [Entry date 07/07/95] [2:95cv1481]

7/5/95    10   SCHEDULING ORDER   ( signed by Judge Alexander Williams
               Jr. 06/26/95 ). (c/m 7/5/95 gs). (nn) [Entry date 07/06/95]
               [2:95cv1481]

Docket as of August 31, 2001 2:16 pm                    Page 22

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                          CLOSED LEAD

7/11/95   12     AMENDED ANSWER to Complaint by Werner Enterprises : amends
                 [7-1] Answer. (c/s) (jb) [Entry date 07/17/95]
                 [2:95cv1481]

7/14/95   13     ANSWER to Complaint by Washington Freight  (Attorney Linda
                 M. Schuett). (c/s) (jb) [Entry date 07/19/95]
                 [2:95cv1481]

7/17/95   14     REPLY and Affirmative Defenses by Frank T. Buckley Jr. to
                 [8-2] First Counterclaim of Airshield Corporation. (c/s) (jb)
                 [Entry date 07/20/95] [2:95cv1481]

7/17/95   15     MOTION with memorandum in support by Frank T. Buckley Jr.
                 to Dismiss Airshield Corporation's Second Counterclaim.
                 (c/s) (jb) [Entry date 07/20/95] [2:95cv1481]

8/2/95    16     MOTION by Airshield to Extend Time to Respond to Motion of
                 Plaintiff to Dismiss the Second Counterclaim of Airshield,
                 through and including 8/14/95. (jb) [Entry date 08/10/95]
                 [2:95cv1481]

8/8/95    17     MOTION with memorandum in support and Exhibits A thru D by
                 Frank T. Buckley Jr. for Protective Order under Rule 26
                 (c). (1c/s) (dl) [Entry date 08/10/95] [2:95cv1481]

8/8/95    18     MOTION with memorandum in support and Exhibits A thru F by
                 Frank T. Buckley Jr. to disqualify Mark P. Stone as
                 Defendants' counsel, and to enjoin him from using certain
                 information. (c/s) (dl) [Entry date 08/10/95]
                 [2:95cv1481]

8/9/95    19     ORDER dated 8/3/95  granting [16-1] motion to Extend Time
                 to Respond to Motion of Plaintiff to Dismiss the Second
                 Counterclaim of Airshield, through and including
                 8/14/95. ( signed by Judge Alexander Williams Jr. ) (c/m
                 8/9/95se) (lad) [Entry date 08/11/95] [2:95cv1481]

8/14/95   20     MEMORANDUM by Airshield Corporation in opposition to [15-1]
                 Motion of Plaintiff to Dismiss Airshield Corporation's
                 Second Counterclaim. (c/s) (jb) [Entry date 08/16/95]
                 [2:95cv1481]

8/16/95   21     MEMORANDUM to all Counsel "INFORMING" Counsel that the
                 Court will wait for the Response of Counsel for Defendant
                 to Motion of Plaintiff to Disqualify Counsel and to Enjoin
                 him from using Certain Information; nor does the Court find
                 sufficient circumstances to intervene or postpone
                 depositions; and "DENYING" Motion of Plaintiff for
                 Protective Order ( signed by Judge Alexander Williams Jr.
                 8/15/95 ). (c/m 8/16/95 hg) (jb) [Entry date 08/18/95]
                 [2:95cv1481]

Docket as of August 31, 2001 2:16 pm                          Page 23

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

8/24/95   22    MOTION by Airshield to Extend Time to Respond to Motion of
                Plaintiff to Disquality, through and including 9/18/95, and
                Exhibits A & B. (c/s) (jb) [Entry date 08/30/95]
                [Edit date 08/30/95] [2:95cv1481]

8/28/95   23    REPLY by Frank T. Buckley Jr. to Opposition of Airshield
                Corporation to [15-1] Motion of Plaintiff to Dismiss
                Airshield Corporation's Second Counterclaim. (c/s) (jb)
                [Entry date 08/30/95] [Edit date 08/30/95] [2:95cv1481]

9/18/95   24    MEMORANDUM by Airshield Corporation in opposition to [18-1]
                Motion of Plaintiff to Disqualify Mark P. Stone as
                Defendants' Counsel and to [18-2] Motion of Plaintiff to
                enjoin him from using certain information, Declarations,
                and attachment. (c/s) (jb) [Entry date 09/20/95]
                [2:95cv1481]

9/22/95   25    Stipulated MOTION by Defendants to Extend Time to
                Designate Expert Witnesses and to Make Disclosures Under
                Rule 26(a)(2), through and including 10/18/95. (jb)
                [Entry date 09/26/95] [2:95cv1481]

9/22/95   25    ORDER Granting [25-1] Motion of Defendants to Extend Time
                to Designate Expert Witnesses and to Make Disclosures Under
                Rule 26(a)(2), through and including 10/18/95 ( signed by
                Judge Alexander Williams Jr. 9/21/95 ). (c/m 9/21/95 an) (jb)
                [Entry date 09/26/95] [2:95cv1481]

10/11/95  26    ORDER/LETTER  "SCHEDULING" a hearing on all pending motions
                for 10/23/95, at 1:00 p.m. ( signed by Judge Alexander
                Williams Jr. 10/10/95 ). (c/m 10/11/95 cm) (jb)
                [Entry date 10/17/95] [2:95cv1481]

10/17/95  27    REPLY by Frank T. Buckley Jr. to Opposition of Airshield
                Corporation to [18-1] motion to disqualify Mark P. Stone as
                Defendants' counsel, [18-2] motion to enjoin him from using
                certain information, Affidavit, and Exhibits A-F. (c/s) (jb)
                [Entry date 10/20/95] [2:95cv1481]

10/17/95  28    STIPULATED MOTION to Modify [10-1] Scheduling Order. (1
                c/s) (jb) [Entry date 10/20/95] [2:95cv1481]

10/19/95  29    ORDER  granting [28-1] motion of parties to Modify [10-1]
                Scheduling Order as therein set forth (signed by Judge
                Alexander Williams Jr. 10/18/95) (c/m 10/19/95 hg) (arm)
                [Entry date 10/24/95] [2:95cv1481]

10/19/95  30    STIPULATED MOTION by parties to Extend Time for plaintiff
                to reply to opposition of defendant, Airshield to disqualify
                Mark P. Stone as counsel through and including 10/17/95 (arm)
                [Entry date 10/24/95] [Edit date 10/30/95] [2:95cv1481]

Docket as of August 31, 2001 2:16 pm                      Page 24

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

10/19/95 30    ORDER  granting [30-1] joint motion to Extend Time for
               plaintiff to reply to opposition of defendant, Airshield to
               disqualify Mark P. Stone as counsel through and including
               10/17/95 (signed by Judge Alexander Williams Jr. 10/18/95)
               (10/19/95 hg) (arm) [Entry date 10/30/95] [2:95cv1481]

10/20/95 31    RESPONSE (Declaration) in Opposition of Nathaniel C. Wiley,
               Jr. to [18-1] Motion of Plaintiff to Disqualify Mark P.
               Stone as Defendants' counsel. (faxed copy) (jb)
               [Entry date 10/25/95] [2:95cv1481]

10/23/95 --    Motion hearing held before Williams, J.. (ER: Grevera) (jb)
               [Entry date 10/25/95] [2:95cv1481]

10/23/95 --    Motion of Plaintiff to Dismiss Defendant, Airshield
               Corporation's Second Counterclaim (Paper No.
               15)-"ARGUED"-"DENIED", for reasons stated on the record.
               Marginal Order entered. (jb) [Entry date 10/25/95]
               [2:95cv1481]

10/23/95 --    Motion of Plaintiff to Disqualify Mark P. Stone as
               Defendants' Counsel, and to Enjoin him from Using Certain
               Information (Paper No. 18)-"ARGUED"-Held in "SUB CURIE".
               Written Order to be prepared by the Court. (jb)
               [Entry date 10/25/95] [2:95cv1481]

10/24/95 32    ORDER Granting [15-1] Motion of Plaintiff to Dismiss
               Airshield Corporation's Second Counterclaim ( signed by
               Judge Alexander Williams Jr. 10/23/95 ) (c/m 10/25/95 jb)
               (jb) [Entry date 10/25/95] [2:95cv1481]

10/24/95 33    ORDER Granting [2-1] Motion of Plaintiff for Kenneth E.
               Krosin, Harrie R. Samaras, and Bruce K. Lagerman to Appear
               Pro Hac Vice ( signed by Judge Alexander Williams Jr.
               10/25/95 ). (c/m 10/25/95 jb) (jb) [Entry date 10/25/95]
               [2:95cv1481]

11/3/95  34    ORDER/LETTER "INVITING" Counsel to specify to the Court the
               communications which took place between the parties from
               the period beginning August 22, 1991 and ending January 31,
               1995, as therein set forth ( signed by Judge Alexander
               Williams Jr. 11/3/95 ) (faxed to Counsel from Chambers
               11/3/95) (jb) [Entry date 11/06/95] [2:95cv1481]

11/7/95  35    MOTION by Airshield Corporation, Fibertec Corporation,
               Werner Enterprises, Washington Freight to Substitute
               Attorney Louis J. Kozlakowski, Jr. for Linda M. Schuett. (jb)
               [Entry date 11/08/95] [2:95cv1481]

Docket as of August 31, 2001 2:16 pm                    Page 25

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                        CLOSED LEAD

11/7/95   35    ORDER Granting [35-1] Motion of Defendants to Substitute
                Attorney Louis J. Kozlakowski, Jr. for Linda M. Schuett.
                Terminated attorney Linda M. Schuett for Airshield, for
                Washington Freight, for Airshield.  Added Louis J.
                Kozlakowski ( signed by Judge Alexander Williams Jr.
                11/7/95 ). (c/m 11/7/95 hg) (jb) [Entry date 11/08/95]
                [2:95cv1481]

11/8/95   36    MEMORANUDM IN RESPONSE by Frank T. Buckley Jr. to [34-1]
                Order, and Exhibits A & B. (c/s) (jb) [Entry date 11/14/95]
                [2:95cv1481]

11/9/95   37    AMENDED MEMORANDUM IN RESPONSE by Frank T. Buckley Jr. to
                [34-1] Order, and Exhibits A & B. (c/s) (jb)
                [Entry date 11/14/95] [2:95cv1481]

12/4/95   38    MEMORANDUM OPINION ( signed by Judge Alexander Williams
                Jr. 12/1/95). (c/m 12/4/95 hg) (jb) [Entry date 12/07/95]
                [2:95cv1481]

12/4/95   39    ORDER Granting [18-1] Motion of Plaintiff to Disqualify
                Mark P. Stone as Defendants' Counsel; "GRANTING" Defendants
                thirty (30) days from the date of this Order to obtain new
                counsel and have that counsel file a notice of appearance
                with this Court; and Denying [15-1] Motion of Plaintiff to
                Dismiss Airshield Corporation's Second Counterclaim (
                signed by Judge Alexander Williams Jr. 12/1/95 ). (c/m
                12/4/95 hg) (jb) [Entry date 12/07/95] [2:95cv1481]

12/18/95  40    MOTION by defendants, Airshield, Fibertec Corporation,
                Werner Enterprises, Washington Freight for Reconsideration
                of [39-1] order dated 12/1/95 Disqualifying Defendants'
                Counsel (c/s) (arm) [Entry date 12/20/95]
                [Edit date 01/19/96] [2:95cv1481]

1/2/96    41    NOTICE OF APPEAL to the Federal Circuit by Airshield,
                Fibertec Corporation, Werner Enterprises, Washington Freight
                . Fee Status: filing fee paid Appeal record due on 2/1/96
                (c/s Greenbelt)(appeal packet to counsel for defendants
                1/11/96 jk). (jk) [Entry date 01/16/96]
                [Edit date 01/18/96] [2:95cv1481]

1/4/96    42    RESPONSE by Frank T. Buckley Jr. in opposition to [40-1]
                Motion of Defendants for Reconsideration of [39-1] Order,
                and Exhibits A & B. (c/s) (jb) [Entry date 01/11/96]
                [Edit date 01/18/96] [2:95cv1481]

1/11/96   43    REPLY by Defendants to Opposition of Plaintiff to [40-1]
                Motion of Defendants for Reconsideration of [39-1] Order
                dated 12/1/95. (c/s) (jb) [Entry date 01/17/96]
                [2:95cv1481]

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                          CLOSED LEAD

1/18/96   --    Notice of appeal and certified copy of docket to USCA for
                the Federal Circuit: [41-1] appeal by Washington Freight,
                Werner Enterprises, Fibertec Corporation, Airshield (jk)
                [Edit date 01/18/96] [2:95cv1481]

1/19/96   44    ORDER Denying [40-1] motion of Defendants for
                Reconsideration of [39-1] order dated 12/1/95 Disqualifying
                Defendants' Counsel ( signed by Judge Alexander Williams
                Jr. 1/19/96 ). (c/m 1/19/96 hg) (jb) [Entry date 01/24/96]
                [2:95cv1481]

1/25/96   45    Copy of transcript order form indicating that a transcript
                is not needed for the appeal. (ps) [2:95cv1481]

1/31/96   46    ORDER retaining record for use in ongoing litigation with
                exceptions as therein more particularly set forth. ( signed
                by Judge Alexander Williams Jr. 1/26/96) (c/m 2/5/96) (jk)
                [Entry date 02/05/96] [Edit date 02/05/96] [2:95cv1481]

2/12/96   --    USCA fromn the Federal Circuit Case Number Re: [41-1] appeal
                by Washington Freight, Werner Enterprises, Fibertec
                Corporation, Airshield USCA NUMBER: 96-1189. (ps)
                [Edit date 02/12/96] [2:95cv1481]

2/14/96   48    RESPONSE of Counsel Mark P. Stone to [34-1] Order, and
                attachments. (received in Chambers 11/7/95) (jb)
                [2:95cv1481]

2/20/96   49    DESIGNATION by Airshield, Fibertec Corporation, Werner
                Enterprises, Washington Freight  of record on appeal with
                attachments (filed separately). (jk) [Entry date 02/26/96]
                [2:95cv1481]

3/8/96    50    MOTION by Defendants to Amend [39-1] Disqualification
                Order. (c/s) (jb) [Entry date 03/12/96] [2:95cv1481]

3/25/96   51    MEMORANDUM by Frank T. Buckley Jr. in opposition to [50-1]
                motion to Amend [39-1] Disqualification Order by Washington
                Freight, Werner Enterprises, Fibertec Corporation,
                Airshield Corporation. (jb) [Entry date 03/26/96]
                [2:95cv1481]

3/29/96   52    REPLY by Airshield, Fibertec Corporation, Werner
                Enterprises, Washington Freight to Opposition of Plaintiff
                to [50-1] motion to Amend [39-1] Disqualification Order by
                Washington Freight, Werner Enterprises, Fibertec
                Corporation, Airshield. (c/s) (jb) [Entry date 04/02/96]
                [2:95cv1481]

4/10/96   53    ORDER denying [50-1] motion of Defendant to Amend [39-1]
                Disqualification Order ( signed by Judge Alexander Williams
                Jr. 4/10/96 ). (c/m 4/10/96 cm) (jb) [Entry date 04/11/96]
                [2:95cv1481]

Docket as of August 31, 2001 2:16 pm                    Page 27

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

5/7/96    54    ORDER (Certified copy), from the U.S. Court of Appeals, for
                the Federal Circuit, "Granting" motion of Buckley to
                Dismiss Airshield's appeal; "Granting" motion of Buckley
                for sanctions as therein set forth and "Denying" motion of
                Airshield to stay proceedings. (c/s) (ps) [2:95cv1481]

5/13/96   55    MODIFIED ORDER "GRANTING" [18-1] motions of plaintiff to
                disqualify Mark P. Stone as Defendants' counsel and [18-2]
                to enjoin from using certain information and "DIRECTING"
                that defendants shall have until 6/3/96 by which to obtain
                new counsel and to have new counsel file a notice of
                appearance with this Court ( signed by Judge Alexander
                Williams Jr. 5/10/96 ) (c/m 5/13/96-ss) (sls)
                [2:95cv1481]

5/14/96   56    REVISED ORDER denying [50-1] motion of Defendant to Amend
                [39-1] Disqualification Order ( signed by Judge Alexander
                Williams Jr. 5/13/96 ). (c/m 5/14/96 hg) (jb)
                [Edit date 05/14/96] [2:95cv1481]

5/16/96   57    MOTION by defendants for Reconsideration of Order
                Enjoining Mark P. Stone and Attachments (c/s) (sls)
                [Entry date 05/21/96] [2:95cv1481]

5/21/96   58    RESPONSE by plaintiff, Frank T. Buckley Jr. in opposition
                to [57-1] of defendants motion for Reconsideration of Order
                Enjoining Mark P. Stone (c/s) (sls) [2:95cv1481]

5/23/96   59    REPLY by defendants to response of plaintiff to [57-1]
                motion of defendants for Reconsideration of Order Enjoining
                Mark P. Stone (c/s) (sls) [2:95cv1481]

5/23/96   60    MOTION by defendants, Airshield, Fibertec Corporation,
                Werner Enterprises and Washington Freight to Substitute
                Attorney Dennis L. Thomte for Mark P. Stone (sls)
                [Entry date 05/28/96] [2:95cv1481]

5/23/96   60    ORDER "GRANTING" [60-1] motion of defendants to Substitute
                Attorney Dennis L. Thomte for Mark P. Stone for Washington
                Freight, Werner Enterprises, Fibertec Corporation and
                Airshield; Added Dennis L. Thomte ( signed by Judge
                Alexander Williams Jr. 5/23/96 ) (c/m 5/23/96-cm) (sls)
                [Entry date 05/28/96] [2:95cv1481]

5/28/96   61    MEMORANDUM/ORDER denying [57-1] motion of Defendants for
                Reconsideration of Order Enjoining Mark P. Stone; and
                "DIRECTING" Counsel to submit, on or before 6/7/96, a joint
                proposed amended scheduling Order, as therein set forth (
                signed by Judge Alexander Williams Jr. 5/24/96). (c/m
                5/24/96 cm) (jb) [Entry date 05/29/96] [2:95cv1481]

5/30/96   62    MOTION by defendants, Airshield, Fibertec Corporation,
                Werner Enterprises and Washington Freight for to Appear
                Pro Hac Vice (Fee Paid - Receipt No. 122903) (sls)

Docket as of August 31, 2001 2:16 pm                    Page 28

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                          CLOSED LEAD

          [2:95cv1481]

5/30/96   62    ORDER "GRANTING" [62-1] motion of defendants for Dennis L.
                Thomte to Appear Pro Hac Vice ( signed by Judge Alexander
                Williams Jr. 5/29/96 ) (c/m 5/30/96-ss) (sls)
                [2:95cv1481]

6/6/96    63    JOINT AMENDED SCHEDULING ORDER ( signed by Judge Alexander
                Williams Jr.  6/6/96 ) (c/m 6/7/96-hg) (sls)
                [Entry date 06/10/96] [2:95cv1481]

6/11/96   64    MOTION by plaintiff, Frank T. Buckley Jr. to Substitute
                Attorney Michael E. McCabe for Bruce K. Lagerman (sls)
                [Entry date 06/12/96] [2:95cv1481]

6/11/96   64    ORDER "GRANTING" [64-1] motion of plaintiff, Frank T.
                Buckley to Substitute Attorney Michael E. McCabe for Bruce
                K. Lagerman; terminated attorney Bruce K. Lagerman for
                Frank T. Buckley and added attorney, Michael McCabe Jr. (
                signed by Judge Alexander Williams Jr. 6/10/96 ) (c/m
                6/10/96-cm) (sls) [Entry date 06/12/96] [2:95cv1481]

9/27/96   65    JOINT MOTION by Plaintiff and Defendants  for Entry of
                Stipulated Protection Order . (c/s) (jb)
                [Entry date 09/30/96] [2:95cv1481]

9/30/96   66    STIPULATED PROTECTIVE ORDER "APPROVING" Terms and
                Conditions of Parties Re: Confidential Information, as
                therein more particularly set forth ( signed by Judge
                Alexander Williams Jr. 9/30/96) (c/m 9/30/96 cm) (jb)
                [Entry date 10/01/96] [2:95cv1481]

10/7/96   67    MOTION with memorandum in support by plaintiff, Frank T.
                Buckley Jr. to Clarify Scope of Amended Disqualification
                Order and to Limit Application of Attorney-Client and
                Work Product Privileges and Exhibits 1 thru 4 (c/s) (sls)
                [2:95cv1481]

10/7/96   68    STIPULATED MOTION by Frank T. Buckley Jr. to Amend [63-1]
                Scheduling Order. (jb) [Entry date 10/11/96]
                [2:95cv1481]

10/9/96   69    AMENDED SCHEDULING ORDER Granting [68-1] Stipulated motion
                to Amend [63-1] Scheduling Order, as therein set forth (
                signed by Judge Alexander Williams Jr. 10/8/96 ). (c/m
                10/8/96 cm) (jb) [Entry date 10/11/96] [2:95cv1481]

10/17/96  70    RESPONSE by defendants in support of [67-1] motions of
                plaintiff to Clarify Scope of Amended Disqualification
                Order and [67-2] to Limit Application of Attorney-Client
                and Work Product Privileges (1 c/s) (sls)
                [Entry date 10/21/96] [2:95cv1481]

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                          CLOSED LEAD

10/18/96 71    ORDER granting [67-1] motion of Plaintiff to Clarify Scope
               of Amended Disqualification Order, granting [67-2] motion
               of same to Limit Application of Attorney-Client and Work
               Product Privileges; "FURTHER ORDERING" that Mark P. Stone
               is not in violation of the Amended Disqualification Order;
               "FURTHER ORDERING" that neith Airshield nor Dr. Buckley may
               assert the attorney-client privilege or work product
               privilege with respect to matters, as therein set forth
               (signed by Judge Alexander Williams Jr. 10/18/96 ) (c/m
               10/18/96 cm) (jb) [Entry date 10/21/96] [2:95cv1481]

10/25/96 72    MOTION with memorandum in support by Frank T. Buckley Jr.
               for Leave to File Amended Complaint, and proposed Amended
               Complaint, with red-lined version (Exh. 1 & 2). (c/s)
               (Exhibits Filed Separately) (jb) [Entry date 10/28/96]
               [2:95cv1481]

11/15/96 73    MEMORANDUM by Airshield in opposition to [72-1] motion for
               Leave to File Amended Complaint by Frank T. Buckley Jr..
               (c/s) (jb) [2:95cv1481]

11/15/96 74    ORDER   granting [72-1] motion for Leave to File Amended
               Complaint ( signed by Judge Alexander Williams Jr. ) (c/m
               11/15/96cm) (lad) [Entry date 11/17/96] [2:95cv1481]

11/15/96 75    AMENDED COMPLAINT by Frank T. Buckley Jr. , (Answer due
               11/25/96 for Washington Freight, for Werner Enterprises,
               for Fibertec Corporation, for Airshield ) amending [1-1]
               complaint against Airshield, Inc. (lad)
               [Entry date 11/17/96] [2:95cv1481]

11/22/96 76    SUMMONS(ES) (20 days) issued for Airshield, Inc. (lad)
               [2:95cv1481]

11/27/96 78    MOTION by Frank T. Buckley Jr. for Entry of Default for
               Want of Answer as to Airshield, Fibertec Corporation,
               Werner Enterprises, Washington Freight, amd for Default
               Judgment against Airshield, Fibertec Corporation, Werner
               Enterprises, Washington Freight, and Affidavit. (c/s to
               CRD) (jb) [Entry date 12/03/96] [2:95cv1481]

12/2/96  77    MOTION by Frank T. Buckley Jr. to Modify [66-1] Stipulated
               Protective order, Proposed Modified Protective Order, and
               Exhibits 1-6 (c/s) (Exhibits Filed Separately) (se)
               [Entry date 12/06/96] [2:95cv1481]

12/4/96  79    Withdrawal of Motion for Default Judgment by Frank T.
               Buckley Jr. (c/s) (se) [Entry date 12/05/96]
               [2:95cv1481]

12/4/96  80    RESPONSE by Defendants in opposition to [77-1] motion to
               Modify Stipulated Protective Order by Frank T. Buckley Jr.
               (c/s) (se) [Entry date 12/05/96] [2:95cv1481]

Docket as of August 31, 2001 2:16 pm                    Page 30

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

12/5/96   81   ANSWER by Airshield, Inc. to Amended Complaint. (c/s) (jb)
               [Entry date 12/09/96] [Edit date 12/09/96] [2:95cv1481]

12/5/96   81   COUNTERCLAIM by Airshield, Inc. against Frank T. Buckley
               Jr.. (c/s) (jb) [Entry date 12/09/96]
               [Edit date 12/09/96] [2:95cv1481]

12/5/96   82   ANSWER by Airshield Corporation to amended complaint. (c/s)
               (jb) [Entry date 12/09/96] [2:95cv1481]

12/5/96   82   COUNTERCLAIM by Airshield Corporation against Frank T.
               Buckley Jr.. (c/s) (jb) [Entry date 12/09/96]
               [2:95cv1481]

12/5/96   83   ANSWER by Fibertec Corporation to Amended Complaint. (c/s)
               (jb) [Entry date 12/09/96] [2:95cv1481]

12/5/96   83   COUNTERCLAIM by Fibertec Corporation against Frank T.
               Buckley Jr.. (c/s) (jb) [Entry date 12/09/96]
               [2:95cv1481]

12/5/96   84   ANSWER by Werner Enterprises to Amended Complaint. (c/s) (jb)
               [Entry date 12/09/96] [2:95cv1481]

12/5/96   84   COUNTERCLAIM by Werner Enterprises against Frank T. Buckley
               Jr.. (c/s) (jb) [Entry date 12/09/96] [2:95cv1481]

12/5/96   85   ANSWER by Washington Freight to Amended Complaint. (c/s) (jb)
               [Entry date 12/09/96] [2:95cv1481]

12/5/96   85   COUNTERCLAIM by Washington Freight against Frank T. Buckley
               Jr.. (c/s) (jb) [Entry date 12/09/96] [2:95cv1481]

12/6/96   86   RENEWED RESPONSE by Defendants in opposition to [77-1]
               motion to Modify Stipulated Protective Order by Frank T.
               Buckley Jr. (c/s) (se) [Edit date 12/09/96] [2:95cv1481]

12/10/96  87   MARGINAL ORDER "APPROVING" Withdrawal by Plaintiff of
               Motion of Plaintiff for Default and for Default Judgment (
               signed by Judge Alexander Williams Jr. 12/10/96 ). (c/m
               12/9/96 hg) (see #79 for same) (jb) [2:95cv1481]

12/12/96  88   REPLY MEMORANDUM by Frank T. Buckley Jr. in support of
               [77-1] motion to Modify [66-1] Stipulated Protective order
               by T. Buckley Jr. (c/s) (se) [2:95cv1481]

Docket as of August 31, 2001 2:16 pm                    Page 31

```
Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                     CLOSED LEAD
```

12/18/96 89    STIPULATION of Dismissal of parties, and Order "ALLOWING";
               "DISMISSING" Plaintiff's claims for infringement of U.S.
               Patent No. 4,245,862 against Werner Enterprises, Inc. and
               Washington Freightliner, Inc., without prejudice;
               "DISMISSING" Werner Enterprises, Inc., counterclaims for
               invalidity and non-infringement of U.S. Patent No.
               4,245,862 against Buckley, without prejudice; and
               "DISMISSING" Washington Freightliner, Inc.'s counterclaims
               for invalidity and non-infringement of U.S. Patent No.
               4,245,862 against Buckley, without prejudice (signed
               Alexander Williams, Jr. 12/16/96) (c/m 12/18/96 cm)
               (Microfilmed 12/19/96) (jb) [Entry date 12/19/96]
               [2:95cv1481]

12/18/96 --    Case closed. (jb) [Entry date 12/19/96] [2:95cv1481]

12/23/96 90    ANSWER by Frank T. Buckley Jr. to [83-1] counter claim by
               Fibertec Corporation (c/s) (se) [2:95cv1481]

12/23/96 91    ANSWER by Frank T. Buckley Jr. to [82-1] counter claim by
               Airshield Corporation (c/s) (se) [2:95cv1481]

12/23/96 92    ANSWER by Frank T. Buckley Jr. to [81-1] counter claim by
               Airshield, Inc. (c/s) (se) [2:95cv1481]

1/8/97   93    Letter/ORDER dated 1/7/97 "DIRECTING" tha the Court will
               grant the motuion to modify stipulated protective order and
               permit plaintiff access to the information and documents
               solely relating to plaintiff's particular areas of
               expertise as therein seet forth ( signed by Judge Alexander
               Williams Jr. ) (c/m 1/7/97hg) (lad) [Entry date 01/28/97]
               [2:95cv1481]

2/12/97  94    MOTION with memorandum in support by plaintiff, Frank T.
               Buckley Jr. for Partial Summary Judgment on Validity
               Enforceability and Defendants' Infringement of U.S. Patent
               No. 4,245,862 based upon Judicial Estoppel and Res Judicata
               , Exhibits 1 thru 9, Declarations of Frank T. Buckley,
               William J. Speranza with Exhibits 1 thru 16 and F. Eugene
               Davis IV with Exhibits 1 thru 14 (c/s) (All Filed
               Separately) (sls) [2:95cv1481]

2/24/97  95    JOINT MOTION by Frank T. Buckley Jr., Airshield, Airshield,
               Inc., Fibertec Corporation to Amend [63-1] Scheduling
               order (c/s) (lad) [Entry date 03/01/97] [2:95cv1481]

2/25/97  96    MEMORANDUM by Airshield, Fibertec Corporation, Airshield,
               Inc. in opposition to [94-1] motion for Partial Summary
               Judgment on Validity Enforceability and Defendants'
               Infringement of U.S. Patent No. 4,245,862 based upon
               Judicial Estoppel and Res Judicata and attachments (c/s)
               (lad) [Entry date 03/01/97] [2:95cv1481]

2/28/97  97    Confidentiality Agreement of Frank T. Buckley (1c/s) (lad)

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

                    [Entry date 03/02/97] [2:95cv1481]

3/3/97    98      MOTION with memorandum in support by Defendants    for
                  Claim Interpretation, and Exhibits 1-6. (c/s) (Exhibits
                  Filed Separately) (jb) [Entry date 03/05/97]
                  [2:95cv1481]

3/3/97    99      MOTION with memorandum in support by Defendants    for
                  Partial Summary Judgment of Invalidity of Claims 1-15 of
                  U.S. Patent No. 4,245,862 as being Indefinite Under 35
                  U.S.C. 112. (c/s) (Exhibits Filed Separately) (jb)
                  [Entry date 03/05/97] [2:95cv1481]

3/3/97    --      Case reopened (jb) [Entry date 03/21/97] [2:95cv1481]

3/4/97    100     MOTION by Frank T. Buckley Jr. for Leave to File Second
                  Amended Complaint, and proposed Second Amended Complaint
                  (original and red-lined version). (c/s) (jb)
                  [Entry date 03/06/97] [2:95cv1481]

3/7/97    101     REPLY by Frank T. Buckley Jr. to response to [94-1] motion
                  for Partial Summary Judgment on Validity Enforceability and
                  Defendants' Infringement of U.S. Patent No. 4,245,862 based
                  upon Judicial Estoppel and Res Judicata (c/s) (lad)
                  [Entry date 03/10/97] [2:95cv1481]

3/10/97   102     SCHEDULING ORDER dated 2/26/97 ( signed by Judge Alexander
                  Williams Jr. )  (c/m 3/10/97lad) (lad) [2:95cv1481]

3/10/97   103     MEMORANDUM dated 3/7/97 "ENTERING" the Modified Protective
                  Order signed 1/7/97 nunc pro tunc ( signed by Judge
                  Alexander Williams Jr. )  (c/m 3/10/97cm) (lad)
                  [Entry date 03/12/97] [2:95cv1481]

3/10/97   104     Modified Protective ORDER dated 1/6/97  ( signed by Judge
                  Alexander Williams Jr. )  (c/m 3/10/097cm) (lad)
                  [Entry date 03/12/97] [2:95cv1481]

3/10/97   105     Supplement to MOTION by Frank T. Buckley Jr. for Leave to
                  File Second Amended Complaint referring to: [100-1] motion
                  for Leave to File Second Amended Complaint (c/s) (lad)
                  [Entry date 03/12/97] [2:95cv1481]

3/12/97   106     ORDER dated 3/11/97  granting [100-1] motion for Leave to
                  File Second Amended Complaint; and "DIRECTING" that for
                  purposes of calculating the date on which defendants'
                  responses to the second amended complaint are due, the
                  second amended complaint shall be deemed to have been
                  served on defendants on the date of this order ( signed by
                  Judge Alexander Williams Jr. ) (c/m 3/11/97cm) (lad)
                  [2:95cv1481]

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                        CLOSED LEAD

3/12/97   107   AMENDED COMPLAINT by Frank T. Buckley Jr. , (Answer due
                3/21/97 for Airshield, Inc., for Fibertec Corporation, for
                Airshield ) amending [75-1] amended complaint (lad)
                [2:95cv1481]

3/13/97   108   MEMORANDUM DATED 3/12/97 "scheduling" a hearing on all
                pending motions for 4/25/97 at 9:00am  ( signed by Judge
                Alexander Williams Jr. ) (c/m 3/12/97cm) (lad)
                [Entry date 03/17/97] [2:95cv1481]

3/13/97   109   Stipulation and ORDER  dated 3/12/97 "EXTENDING" the time
                for Plaintiff to file its Opposition to Defendant's Motion
                for Partial Summary Judgment of Invalidity Claims 1 -15 of
                U.S. Patent No. 4,245,862 until 3/31/97 ( signed by Judge
                Alexander Williams Jr. ) (c/m 3/12/96cm) (lad)
                [Entry date 03/17/97] [2:95cv1481]

3/21/97   111   ANSWER by Airshield Corporation to Second Amended
                Complaint. (c/s) (jb) [Entry date 03/28/97] [2:95cv1481]

3/21/97   111   COUNTERCLAIM by Airshield Corporation against Frank T.
                Buckley Jr.. (c/s) (jb) [Entry date 03/28/97]
                [2:95cv1481]

3/21/97   112   ANSWER by Fibertec Corporation to Second Amended Complaint.
                (c/s) (jb) [Entry date 03/28/97] [2:95cv1481]

3/21/97   112   COUNTERCLAIM by Fibertec Corporation against Frank T.
                Buckley Jr.. (c/s) (jb) [Entry date 03/28/97]
                [2:95cv1481]

3/21/97   113   ANSWER by Airshield, Inc. to Second Amended Complaint.
                (c/s) (jb) [Entry date 03/28/97] [2:95cv1481]

3/27/97   110   STIPULATED MOTION by Frank T. Buckley Jr. to Extend Time
                to File Plaintiff's Opposition to Motion of Defendant for
                Claim Interpretation and Opposition to Motion of Defendants
                for Partial Summary Judgment, through and including
                4/7/97. (c/s for sign.) (jb) [Entry date 03/28/97]
                [2:95cv1481]

3/28/97   113   COUNTERCLAIM by Airshield, Inc. against Frank T. Buckley
                Jr.. (c/s) (jb) [2:95cv1481]

3/28/97   114   ORDER Granting [110-1] Motion of Plaintiff to Extend Time
                to File Plaintiff's Opposition to Motion of Defendant for
                Claim Interpretation and to the Motion of Defendants for
                Partial Summary Judgment, through and including 4/7/97; and
                "FURTHER ORDERING" that Plaintiff's counsel shall serve a
                copy of his opposition papers on defendants' counsel, as
                therein set forth ( signed by Judge Alexander Williams Jr.
                3/28/97 ). (c/m 3/31/97 jb) (jb) [Entry date 03/31/97]
                [2:95cv1481]

Docket as of August 31, 2001 2:16 pm                    Page 34

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

4/7/97    115    RESPONSE by Frank T. Buckley Jr. in opposition to [99-1]
                 motion for Partial Summary Judgment of Invalidity of Claims
                 1-15 of U.S. Patent No. 4,245,862 as being Indefinite Under
                 35 U.S.C. 112 by Airshield, Inc., Washington Freight,
                 Werner Enterprises, Fibertec Corporation, Airshield, and
                 Exhibits 1 & 2. (c/s) (jb) [Entry date 04/08/97]
                 [2:95cv1481]

4/7/97    116    RESPONSE by Frank T. Buckley Jr. in opposition to [98-1]
                 Motion for Claim Interpretation by Airshield, Inc.,
                 Washington Freight, Werner Enterprises, Fibertec
                 Corporation, Airshield. (c/s) (jb) [Entry date 04/08/97]
                 [2:95cv1481]

4/7/97    117    Declaration by Frank T. Buckley Jr. Re: [115-1] Response in
                 Opposition by Frank T. Buckley Jr., and to [116-1]
                 opposition Response in Opposition by Frank T. Buckley Jr.,
                 and Exhibits 1 & 2. (c/s) (Filed Separately) (jb)
                 [Entry date 04/08/97] [2:95cv1481]

4/18/97   118    REPLY by Airshield, Fibertec Corporation  to response to
                 [99-1] motion for Partial Summary Judgment of Invalidity of
                 Claims 1-15 of U.S. Patent No. 4,245,862 as being
                 Indefinite Under 35 U.S.C. 112 (c/s) (lad)
                 [Entry date 04/20/97] [2:95cv1481]

4/18/97   119    REPLY by Airshield, Fibertec Corporation, Airshield, Inc.
                 to response to [98-1] motion for Claim Interpretation (c/s)
                 (lad) [Entry date 04/20/97] [2:95cv1481]

4/25/97   --     Motion hearing held before Williams, J. re: [94-1] motion
                 for Partial Summary Judgment on Validity Enforceability and
                 Defendants' Infringement of U.S. Patent No. 4,245,862 based
                 upon Judicial Estoppel and Res Judicata by Frank T.
                 Buckley, [98-1] motion for Claim Interpretation by
                 Airshield, Inc., Washington Freight, Werner Enterprises,
                 Fibertec Corporation, Airshield, [99-1] motion for Partial
                 Summary Judgment of Invalidity of Claims 1-15 of U.S. U.S.C.
                 Patent No. 4,245,862 as being Indefinite Under 35 U.S.C.
                 112 by Airshield, Inc., Washington Freight, Werner
                 Enterprises, Fibertec Corporation, Airshield - ARGUED -
                 "TAKEN UNDER ADVISEMENT" (Reporter: Williams) (se)
                 [Entry date 04/28/97] [2:95cv1481]

6/24/97   120    JOINT MOTION by Frank T. Buckley Jr., Airshield, Fibertec
                 Corporation to Amend [102-1] Scheduling Order. (c/s for
                 sign.) (jb) [Entry date 06/26/97] [2:95cv1481]

6/25/97   121    THIRD AMENDED SCHEDULING ORDER ( signed by Judge Alexander
                 Williams Jr. 6/24/97 ). (c/m 6/25/97 kc) (jb)
                 [Entry date 06/26/97] [2:95cv1481]

Docket as of August 31, 2001 2:16 pm                    Page 35

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                          CLOSED LEAD

8/22/97   122    MEMORANDUM/ORDER to "CONSOLIDATE" case numbers AW-97-2473
                 with AW-95-1481 ( signed by Judge Alexander Williams Jr.
                 8/22/97 ) (c/m 8/25/97 jb) (jb) [Entry date 08/25/97]
                 [2:95cv1481]

8/22/97   --     Consolidated Lead Case (jb) [Entry date 08/25/97]
                 [2:95cv1481]

8/29/97   123    MEMORANDUM OPINION  ( signed by Judge Alexander Williams
                 Jr. 8/27/97) (c/m 8/29/97 hg) (jb) [Entry date 09/02/97]
                 [2:95cv1481]

8/29/97   124    ORDER Granting [94-1] Motion of Plaintiff for Partial
                 Summary Judgment on Validity Enforceability and Defendants'
                 Infringement of U.S. Patent No. 4,245,862 based upon
                 Judicial Estoppel and Res Judicata; Denying [98-1] Motion
                 of Defendants for Claim Interpretation, and Denying [99-1]
                 Motion of Plaintiff for Partial Summary Judgment of
                 Invalidity of Claims 1-15 of U.S. Patent No. 4,245,862 as
                 being Indefinite Under 35 U.S.C. 112 ( signed by Judge
                 Alexander Williams Jr. 8/27/97 ) (c/m 8/29/97 hg) (jb)
                 [Entry date 09/02/97] [2:95cv1481]

9/26/97   125    JOINT MOTION by Frank T. Buckley Jr., Airshield Corp.,
                 Airshield, Inc., Fibertec Corporation to Amend [121-1]
                 Scheduling Order. (c/s for sign.) (jb) [Entry date 09/29/97]
                 [2:95cv1481]

9/30/97   126    FOURTH AMENDED SCHEDULING ORDER, as therein set forth (
                 signed by Judge Alexander Williams Jr. 9/30/97 ) (c/m
                 10/1/97 jb) (jb) [Entry date 10/01/97] [2:95cv1481]

1/5/98    127    MOTION with memorandum in support by Frank T. Buckley Jr.
                 to Consolidate Cases Aw-95-1481 and AW-97-3425. (c/s) (jb)
                 [Entry date 01/06/98] [2:95cv1481]

1/7/98    128    CONSENT MOTION by Frank T. Buckley Jr. to Stay Scheduling
                 Order Pending Completion of Settlement Conference (c/s for
                 sign.) (jb) [Entry date 01/08/98] [2:95cv1481]

1/9/98    129    ORDER Granting [128-1] Consent Motion to Stay Scheduling
                 Order Pending Completion of Settlement Conference; "FURTHER
                 ORDERING" a judicial settlement conference be promptly
                 scheduled; "FURTHER ORDERING" that the conference be held
                 contemporaneously with the settlement conference requested
                 by the parties in AW-97-3425; and "FURTHER ORDERING" that
                 the deadlines set forth in the Scheduling Order are hereby
                 stayed pending completion of the settlement conferences (
                 signed by Judge Alexander Williams Jr. 1/9/98 ) (c/m 1/9/98
                 kc) (jb) [2:95cv1481]

Docket as of August 31, 2001 2:16 pm                    Page 36

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

1/23/98    130      ORDER Granting [128-1] Consent Motion to Stay Scheduling
                    Order Pending Completion of Settlement Conference; "FURTHER
                    ORDERING" that a judicial settlement conference be promptly
                    scheduled, to be held contemporaneously with the settlement
                    conference in AW-97-3425; and "FURTHER ORDERING" that the
                    deadlines in the Scheduling Order are "STAYED" pending
                    completion of same ( signed by Judge Alexander Williams Jr.
                    1/9/98) (c/m 1/9/98 kc) (jb) [Entry date 01/26/98]
                    [2:95cv1481]

1/23/98    131      ORDER REFERRING CASE to Magistrate Judge Jillyn K. Schulze
                    for Settlement or other ADR conference ( signed by Judge
                    Alexander Williams Jr. 1/15/98 ) (c/m 1/23/98 pf) (jb)
                    [Entry date 01/26/98] [2:95cv1481]

2/11/98    132      MOTION by Frank T. Buckley Jr. in 2:95-cv-01481 to
                    Substitute Law Firm McDermott, Will & Emery, on behalf of
                    Micahel E. McCabe, Jr., and for Charles D. Ossola,
                    Kenneth E. Krosin, Timothy R. DeWitt, and Harrie R. Samaras
                    to Withdraw as Attorney. (c/s) (jb) [Entry date 02/12/98]
                    [2:95cv1481]

2/13/98    133      ORDER Granting [132-2] Motion for Charles D. Ossola,
                    Kenneth E. Krosin, Timothy R. DeWitt, and Harrie R. Samaras
                    to Withdraw as Attorney (Terminated attorney Harrie R.
                    Samaras for Frank T. Buckley in 2:95-cv-01481, attorney
                    Kenneth E. Krosin for Frank T. Buckley in 2:95-cv-01481,
                    attorney Timothy R. DeWitt for Frank T. Buckley in
                    2:95-cv-01481, attorney Charles D. Ossola for Frank T.
                    Buckley in 2:95-cv-01481) ( signed by Judge Alexander
                    Williams Jr. 2/12/98 ) (c/m 2/13/98 hg) (jb)
                    [Entry date 02/17/98] [2:95cv1481]

2/17/98    134      LETTER/ORDER Denying [127-1] Motion of Plaintiff to
                    Consolidate Cases Aw-95-1481 and AW-97-3425 ( signed by
                    Judge Alexander Williams Jr. 2/13/98 ) (c/m 2/17/98 hg) (jb)
                    [2:95cv1481]

3/2/98     135      MOTION with memorandum in support by Frank T. Buckley Jr.
                    for Summary Judgment on the Issues of Liability and
                    Damages for Breach of Contract Against Defendant Airsheild
                    Corporation, Declaration of Frank T. Buckley, Jr. and
                    Jaems R. Beers. (c/s) ( (jb) [Entry date 03/03/98]
                    [2:95cv1481]

3/10/98    136      MOTION by Frank T. Buckley Jr. in 2:95-cv-01481 for
                    Raphael V. Lupo to Appear Pro Hac Vice. (Fee Paid-Receipt
                    #G127225) (jb) [2:95cv1481]

3/10/98    136      ORDER granting [136-1] Motion of Plaintiff for Raphael V.
                    Lupo to Appear Pro Hac Vice ( signed by Judge Deborah K.
                    Chasanow 3/9/98) (c/m 3/10/98 hg) (jb)
                    [Edit date 03/10/98] [2:95cv1481]

Docket as of August 31, 2001 2:16 pm                        Page 37

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

3/10/98    --     CASE NO LONGER REFERRED TO  Magistrate Judge Jillyn K.
                  Schulze (pf) [Entry date 08/28/98] [2:95cv1481]

3/24/98    137    MOTION by Airshield for a Two-Week Extension of Time to
                  Respond to Plaintiff's Motion for Summary Judgment on
                  Issues of Liability and Damages for Breach of Contract
                  against Defendant Airshield Corp.  (c/s) (se)
                  [Entry date 03/25/98] [2:95cv1481]

3/31/98    138    ORDER granting [137-1] motion for a Two-Week Extension of
                  Time to Respond to Plaintiff's Motion for Summary Judgment
                  on Issues of Liability and Damages for Breach of Contract
                  against Defendant Airshield Corp., until 4/2/98 ( signed by
                  Judge Alexander Williams Jr. 3/27/98 ) (c/m 3/30/98 hg) (jb)
                  [2:95cv1481]

3/31/98    139    ORDER granting [95-1] Joint motion to Amend [63-1]
                  Scheduling order, Granting [120-1] Joint motion to Amend
                  [102-1] Scheduling Order ( signed by Judge Alexander
                  Williams Jr. 3/31/98 ) (c/m 3/31/98 hg) (jb)
                  [2:95cv1481]

4/1/98     140    RESPONSE by Airshield in opposition to [135-1] Motion for
                  Summary Judgment on the Issues of Liability and Damages for
                  Breach of Contract Against Defendant Airsheild Corporation
                  by Frank T. Buckley Jr.. (c/s) (jb) [Entry date 04/02/98]
                  [2:95cv1481]

4/14/98    141    REPLY by Frank T. Buckley Jr. to response of Defendant in
                  Opposition to [135-1] motion for Summary Judgment on the
                  Issues of Liability and Damages for Breach of Contract
                  Against Defendant Airsheild Corporation by Frank T. Buckley
                  Jr., and Exhibits A-C (c/s) (se) [Entry date 04/15/98]
                  [2:95cv1481]

4/29/98    142    MOTION with memorandum in support by Frank T. Buckley Jr.
                  for Partial Summary Judgment on Liability for Patent
                  Infringement against Defendant Airshield Corporation,
                  Declaration with Exhibit 1, and Exhibits 1-4 (c/s) (Exhibits
                  and Declaration Filed Separately) (se) [2:95cv1481]

5/15/98    143    MOTION by Airshield, Fibertec Corporation , Airshield, Inc.
                  to Extend Time for Two-Weeks to Respond to Motion of
                  Plaintiff for Partial Summmary Judgment, until 5/29/98
                  (c/s) (jb) [Entry date 05/18/98] [2:95cv1481]

5/20/98    144    ORDER "GRANTING" [143-1] motion of Defendants to Extend
                  Time for Two-Weeks to Respond to Motion of Plaintiff for
                  Partial Summmary Judgment, until 5/29/98 ( signed by Judge
                  Alexander Jr., 5/18/98) (c/m 5/19/98 cm) (se)
                  [2:95cv1481]

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

5/28/98   145   MEMORANDUM by Airshield Corporation in opposition to
                [142-1] Motion for Partial Summary Judgment on Liability
                for Patent Infringement against Defendant Airshield
                Corporation by Frank T. Buckley Jr.. (1 c/s M/J
                Schulze/Chm.'s) (jb) [Entry date 05/29/98] [2:95cv1481]

6/8/98    146   MOTION with memorandum in support by Frank T. Buckley Jr.
                for Summary Judgment on Count 1 of the Counterclaim of
                Arishield Corporation for Inequitable Conduct, and
                Declaration with Exh.'s 1-3. (1 c/s M/J Schulze/Chm.'s)
                (Memorandum and Declaration Filed Separately) (jb)
                [Entry date 06/09/98] [2:95cv1481]

6/9/98    147   REPLY MEMORANDUM by Frank T. Buckley Jr. in Support of
                [142-1] Motion for Partial Summary Judgment on Liability
                for Patent Infringement against Defendant Airshield
                Corporation, by Frank T. Buckley Jr.. (c/s) (jb)
                [Entry date 06/10/98] [2:95cv1481]

6/24/98   148   MOTION by Airshield to Extend Time within which to respond
                to Plaintiff's motion for summary judgment on Count I of
                Airshield Corporation's Counterclaim for inequitable
                conduct to 7/9/98  (c/s) (lad) [Entry date 06/25/98]
                [2:95cv1481]

6/26/98   149   ORDER   granting [148-1] motion to Extend Time within which
                to respond to Plaintiff's motion for summary judgment on
                Count I of Airshield Corporation's Counterclaim for
                inequitable conduct to 7/9/98 ( signed by Judge Alexander
                Williams Jr. ) dated 6/26/98  (c/m 6/30/98 rk) (rk)
                [Entry date 06/30/98] [2:95cv1481]

7/9/98    150   MEMORANDUM by Airshield, Airshield, Inc., Fibertec
                Corporation in opposition to [146-1] Motion for Summary
                Judgment on Count 1 of the Counterclaim of Arishield
                Corporation for Inequitable Conduct by Frank T. Buckley
                Jr.. (1 c/s M/J Schulze/Chm.'s) (jb) [Entry date 07/10/98]
                [2:95cv1481]

7/22/98   151   REPLY by Frank T. Buckley Jr. in further support of [146-1]
                Motion for Summary Judgment on Count 1 of the Counterclaim
                of Arishield Corporation for Inequitable Conduct by Frank
                T. Buckley Jr.. (1 c/s M/j Schulze/ Chm.'s) (jb)
                [Entry date 07/23/98] [2:95cv1481]

10/1/98   152   ORDER granting [125-1] joint motion to Amend [121-1]
                Scheduling Order, granting [132-1] motion to Substitute Law
                Firm McDermott, Will & Emery, on behalf of Micahel E.
                McCabe, Jr. ( signed by Judge Alexander Williams Jr.
                9/30/98 ) (c/m 10/1/98 jb) (jb) [2:95cv1481]

Docket as of August 31, 2001 2:16 pm                    Page 39

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

10/5/98   153    MEMORANDUM/ORDER to Counsel "SCHEDULING" a hearing on all
                 pending motions for 11/9/98, at 4:00 p.m., Ctrm. 4A (
                 signed by Judge Alexander Williams Jr. 10/1/98 ) (c/m
                 10/2/98 cm) (jb) [2:95cv1481]

10/13/98  154    MOTION by Frank T. Buckley Jr., Airshield, Airshield, Inc.
                 and Fibertec Corporation to Continue Stay of Scheduling
                 Order Pending Resolution of Plaintiff's Summary Judgment
                 Motions (c/s0 (td) [2:95cv1481]

10/15/98  155    ORDER "GRANTING" [154-1] Unopposed Consent motion by
                 Plaintiffs to Continue Stay of Scheduling Order Pending
                 Resolution of Plaintiff's Summary Judgment Motions as
                 therein set forth ( signed by Judge Alexander Williams Jr.
                 10/14/98 ) (c/m 10/14/98 cm) (td) [Entry date 10/16/98]
                 [2:95cv1481]

11/9/98   --     Motions hearing held before Williams, J. re: [135-1] motion
                 for Summary Judgment on the Issues of Liability and Damages
                 for Breach of Contract Against Defendant Airsheild
                 Corporation by Frank T. Buckley Jr. - "GRANTED" in part,
                 "DENIED" in part; [142-1] motion for Partial Summary
                 Judgment on Liability for Patent Infringement against
                 Defendant Airshield Corporation by Frank T. Buckley Jr. -
                 "DENIED"; and [146-1] motion for Summary Judgment on Count
                 1 of the Counterclaim of Arishield Corporation for
                 Inequitable Conduct by Frank Buckley Jr. - Argued
                 "GRANTED", all for the reasons stated on the record
                 (Reporter: Williams) (td) [Entry date 11/10/98]
                 [2:95cv1481]

11/16/98  156    MEMORANDUM OPINION  ( signed by Judge Alexander Williams
                 Jr. 11/13/98) (c/m 11/16/98 hg) (jb) [Entry date 11/18/98]
                 [2:95cv1481]

11/16/98  157    ORDER granting in part, denying in part [135-1] motion for
                 Summary Judgment on the Issues of Liability and Damages for
                 Breach of Contract Against Defendant Airsheild Corporation,
                 "GRANTING" as to the settlement payments and "DENYING" as
                 to the royalty payments and the late payment fees; Denying
                 [142-1] motion for Partial Summary Judgment on Liability
                 for Patent Infringement against Defendant Airshield
                 Corporation, granting [146-1] motion for Summary Judgment
                 on Count 1 of the Counterclaim of Arishield Corporation for
                 Inequitable Conduct ( signed by Judge Alexander Williams
                 Jr. 11/13/98 ) (c/m 11/16/98 hg) (jb) [Entry date 11/18/98]
                 [2:95cv1481]

11/17/98  158    Transcript of proceedings held before the Court on November
                 9, 1998  (FILED SEPARATELY) (jb) [Entry date 11/18/98]
                 [2:95cv1481]

12/4/98   159    SCHEDULING ORDER   ( signed by Judge Alexander Williams Jr.
                 12/2/98) (c/m 12/3/98 cm) (jb) [2:95cv1481]

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                           CLOSED LEAD

2/25/99   160   JOINT MOTION by Airshield in 2:95-cv-01481, Airshield, Inc.
                in 2:95-cv-01481, Fibertec Corporation in 2:95-cv-01481 and
                Plaintiff to Amend [159-1] Scheduling order (c/s for
                sign.) (jb) [Entry date 02/26/99] [2:95cv1481]

3/1/99    161   ORDER granting [160-1] Joint motion to Amend [159-1]
                Scheduling order, as therein set forth ( signed by Judge
                Alexander Williams Jr. 2/26/99 ) (c/m 2/26/99 kc) (jb)
                [2:95cv1481]

6/24/99   162   MOTION by Frank T. Buckley Jr. for Christopher Kliefoth to
                Appear Pro Hac Vice (fee paid - receipt #G130521) (jb)
                [Entry date 06/25/99] [2:95cv1481]

6/24/99   162   ORDER granting [162-1] Motion of Plaintiff for Christopher
                Kliefoth to Appear Pro Hac Vice ( signed by Judge Alexander
                Williams Jr. 6/22/99 ) (c/m 6/23/99 mmp) (jb)
                [Entry date 06/25/99] [2:95cv1481]

6/24/99   163   MOTION by Frank T. Buckley Jr. in 2:95-cv-01481 for Melise
                R. Blakeslee to Appear Pro Hac Vice (Fee paid-receipt
                #G130521) (jb) [Entry date 06/25/99] [2:95cv1481]

6/24/99   163   ORDER granting [163-1] Motion of Plaintiff for Melise R.
                Blakeslee to Appear Pro Hac Vice ( signed by Judge
                Alexander Williams 6/22/99 ) (c/m 6/23/99 cm) (jb)
                [Entry date 06/25/99] [2:95cv1481]

6/24/99   164   MOTION by Frank T. Buckley Jr. in 2:95-cv-01481 for Laura
                Eversole to Appear Pro Hac Vice (Fee paid-receipt
                #G130521) (jb) [Entry date 06/25/99] [2:95cv1481]

6/24/99   164   ORDER granting [164-1] Motion of Plaintiff for Laura
                Eversole to Appear Pro Hac Vice ( signed by Judge Alexander
                Williams Jr. 6/23/99 ) (c/m 6/23/99 cm) (jb)
                [Entry date 06/25/99] [2:95cv1481]

6/28/99   165   MOTION by Frank T. Buckley Jr. in 2:95-cv-01481 to Extend
                Scheduling Order Dates (c/s for sign.) (jb)
                [Entry date 06/29/99] [2:95cv1481]

6/30/99   166   SCHEDULING ORDER   ( signed by Judge Alexander Williams Jr.
                6/29/99) (c/m 6/29/99 cm) (jb) [2:95cv1481]

8/20/99   167   MOTION (Notice) by Frank T. Buckley Jr. for Michael E.
                McCabe, Jr. to Withdraw as Attorney (td) [2:95cv1481]

8/20/99   167   ORDER "APPROVING" [167-1] motion for Michael E. McCabe, Jr.
                to Withdraw as Attorney (Terminated attorney Michael Edward
                McCabe for Frank T. Buckley) ( signed by Judge Alexander
                Williams Jr. 8/18/99 ) (c/m 8/19/99 hg) (td)
                [2:95cv1481]

Docket as of August 31, 2001 2:16 pm                          Page 41

```
Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD
```

```
10/20/99 168    MOTION by Frank T. Buckley Jr. in 2:95-cv-01481 to have
                Judgment Order, Requiring Airshield to make unpaid
                Settlement Payments and Associated Late Fees, Certified as
                Final Purusuant to F.R.C.P. 56(b)  and Exhibits 1 and 2
                (c/s) (rk) [Entry date 10/21/99] [2:95cv1481]

10/27/99 169    MOTION with memorandum in support by Frank T. Buckley Jr.
                in  to Extend Time of Scheduling Order dates  (c/s) (rk)
                [Entry date 10/28/99] [2:95cv1481]

11/2/99  170    RESPONSE by Airshield in opposition to [168-1] motion to
                have Judgment Order, Requiring Airshield to make unpaid
                Settlement Payments and Associated Late Certified as Final
                Purusuant to F.R.C.P. 56(b) by Frank T. Buckley Jr. and
                Memorandum (c/s) (td) [Entry date 11/03/99] [2:95cv1481]

11/10/99 171    RESPONSE by Defendants in opposition to [169-1] motion to
                Extend Time of Scheduling Order dates by Frank T. Buckley
                Jr. (c/s) (td) [2:95cv1481]

11/22/99 172    REPLY by Frank T. Buckley Jr. to Defendants' Opposition to
                his [169-1] motion to Extend Scheduling Order Dates,
                Affidavits (2) and Exhibits 1 thru 8 (c/s) (td)
                [Entry date 11/24/99] [2:95cv1481]

11/30/99 173    MEMORANDUM OPINION ( signed by Judge Alexander Williams Jr.
                ) (td) [Entry date 12/02/99] [2:95cv1481]

11/30/99 174    ORDER "DENYING" [168-1] motion of Frank T. Buckley to have
                Summary Judgment Order, Requiring Airshield to make unpaid
                Settlement Payments and Associated Late Fees, Certified as
                Final Purusuant to F.R.C.P. 56(b); "GRANTING" [169-1]
                motion of Plaintiff to Extend Scheduling Order Dates (
                signed by Judge Alexander Williams Jr. 11/30/99 ) (c/f
                12/2/99) (td) [Entry date 12/02/99] [2:95cv1481]

11/30/99 175    REVISED SCHEDULING ORDER ( signed by Judge Alexander
                Williams Jr. 11/30/99 ) (c/f 12/2/99) (td)
                [Entry date 12/02/99] [2:95cv1481]

12/30/99 176    MOTION with memorandum in support by Frank T. Buckley Jr.
                in for for Additional Interrogatories and Request for
                Production of Documents and Things (c/s) (rk)
                [Entry date 01/03/00] [2:95cv1481]

1/10/00  --     RESPONSE by Frank T. Buckley Jr. in 2:95-cv-01481 in
                opposition to [176-1] motion for for Additional
                Interrogatories and Request for Production of Documents and
                Things by Frank T. Buckley Jr. (rk) [Entry date 01/11/00]
                [Edit date 01/11/00] [2:95cv1481]
```

```
Docket as of August 31, 2001 2:16 pm                      Page 42
```

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                            CLOSED LEAD

1/10/00   177    RESPONSE by Airshield, Inc. in 2:95-cv-01481 in opposition
                 to [176-1] motion for for Additional Interrogatories and
                 Request for Production of Documents and Things by Frank T.
                 Buckley Jr. (c/s) (rk) [Entry date 01/11/00]
                 [2:95cv1481]

1/10/00   178    MEMORANDUM by Airshield, Inc. in 2:95-cv-01481 in support
                 of its [177-1] opposition response   (c/s) (rk)
                 [Entry date 01/11/00] [2:95cv1481]

2/4/00    179    MOTION by Frank T. Buckley Jr. in 2:95-cv-01481 for Leave
                 to File Reply after the date specified under Local Rule
                 and Proposed Reply (c/s) (rk) [Entry date 02/07/00]
                 [2:95cv1481]

2/18/00   180    MOTION with memorandum in support by Frank T. Buckley Jr.
                 to Extend Time for the close of Discovery Deadline if the
                 court Grnats plaintiff's Motion for Additional Discovery
                 (c/s) (rk) [Entry date 02/22/00] [2:95cv1481]

2/25/00   181    ORDER granting in part  [176-1] motion for for Additional
                 Interrogatories and Request for Production of Documents and
                 Things, granting [180-1] motion to Extend Time for the
                 close of Discovery Deadline if the court Grnats plaintiff's
                 Motion for Additional Discovery, granting [179-1] motion
                 for Leave to File Reply after the date specified under
                 Local Rule ( signed by Judge Alexander Williams Jr. ) dated
                 2/25/00 (c/i 3/1/00) (rk) [Entry date 03/01/00]
                 [2:95cv1481]

3/23/00   182    MOTION with memorandum in support by Frank T. Buckley Jr.
                 to Strike Defendant Airshield's Amended Responses to
                 Plaintiff's Interrogatories and to Restrain Airshield to
                 those Defenses Asserted in its Original Interrogatory
                 Responses, Certificate of Counsels' Attempt to Resolve
                 Dispute and Exhibits 1 thru 3 (c/s) (td)
                 [Entry date 03/24/00] [2:95cv1481]

4/12/00   183    LETTER MOTION by plaintiff  and ORDER "WITHDRAWING"
                 [182-1] motion to Strike Defendant Airshield's Amended
                 Responses to Plaintiff's Interrogatories by Frank T.
                 Buckley Jr., [182-2] motion to Restrain Airshield to those
                 Defenses Asserted in its Original Interrogatory Responses
                 by Frank T. Buckley Jr. ( signed by Judge Alexander
                 Williams Jr.)dated 4/12/00  (c/i 4/13/00 ) (rk)
                 [Entry date 04/13/00] [2:95cv1481]

4/17/00   184    JOINT STATUS REPORT  by Frank T. Buckley Jr. in  Airshield
                 , Airshield, Inc.  (c/s) (rk) [Entry date 04/18/00]
                 [2:95cv1481]

4/20/00   185    JOINT STATUS REPORT by Frank T. Buckley Jr. in (c/s) (rk)
                 [Entry date 04/21/00] [2:95cv1481]

Docket as of August 31, 2001 2:16 pm                         Page 43

```
Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                         CLOSED LEAD
```

4/21/00    186      MARGINAL ORDER Approving Jont Status   [185-1] report (
                    signed by Judge Alexander Williams Jr. ) dated 4/21/00
                    (c/i 4/24/00 ) (rk) [Entry date 04/24/00] [2:95cv1481]

4/25/00    187      MOTION with memorandum in support by Frank T. Buckley Jr.
                    in   to clarify written espert report requirements , and,
                    in the alternative for Leave to File a written report
                    following receipt of promised CAD files  (c/s) (rk)
                    [Entry date 04/26/00] [2:95cv1481]

5/10/00    188      JOINT MOTION by Frank T. Buckley Jr. and defendants  to
                    Extend Time for filing dispositive Motions   (c/s) (copies
                    of Signature pages rec'd 5/11/00) (rk) [Entry date 05/11/00]
                    [Edit date 05/18/00] [2:95cv1481]

5/11/00    189      MEMORANDUM by Airshield in 2:95-cv-01481 in opposition to
                    [187-1] motion  to clarify written espert report
                    requirements  by Frank T. Buckley Jr., [187-2] motion for
                    Leave to File a written report following receipt of
                    promised CAD files by Frank T. Buckley Jr. and exhibits A &
                    B (c/s) (lad) [Entry date 05/12/00] [2:95cv1481]

5/15/00    190      ORDER granting [188-1] joint motion to Extend Time for
                    filing dispositive Motions to and including 7/7/2000 (
                    signed by Judge Alexander Williams Jr. ) dated 5/15/00
                    (c/i 5/16/00 ) (rk) [Entry date 05/16/00] [2:95cv1481]

5/24/00    191      REPLY by Frank T. Buckley Jr. in 2:95-cv-01481 to response
                    to defendant Airshild Corp's opposition [187-1] motion  to
                    clarify written espert report requirements by Frank T.
                    Buckley Jr. (c/s) (rk) [Entry date 05/26/00]
                    [2:95cv1481]

6/2/00     192      MEMORANDUM OPINION ( signed by Judge Alexander Williams Jr.
                    ) (c/i 6/5/2000) (td) [Entry date 06/05/00] [2:95cv1481]

6/2/00     193      ORDER "DENYING" [187-1] motion of Plainitff to clarify
                    written espert report requirements and, in the alternative,
                    [187-2] motion for Leave to File a written report following
                    receipt of promised CAD files ( signed by Judge Alexander
                    Williams Jr. ) (c/i 6/5/2000) (td) [Entry date 06/05/00]
                    [2:95cv1481]

6/2/00     --       Tele-conference held before Williams, J. (arm)
                    [Entry date 06/30/00] [2:95cv1481]

7/7/00     194      MOTION with Brief in support by defendants  to exclude
                    gino sovran from testifying as an Expert Witness  and
                    Exhibits 1 and 2 (c/s) (Brief with Exhibits FILED
                    SEPARATELY) ` (rk) [Entry date 07/11/00] [2:95cv1481]

```
Docket as of August 31, 2001 2:16 pm                     Page 44
```

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                      CLOSED LEAD

7/7/00    195    MOTION with memorandum in support by Airshield, Inc.,
                 Airshield Corp., and Fibertec Corp. in for Summary
                 Judgment on Non-Infringement  and Exhibits 1 thru 6 (c/s)
                 (Brief with Exhibits FILED SEPARATELY) (rk)
                 [Entry date 07/11/00] [2:95cv1481]

7/7/00    196    MOTION with memorandum in support by Frank T. Buckley Jr.
                 in  for Claim and Interpretation , and for Summary
                 Judgment Regarding Admitted Infringing Fairings against
                 Defendant Airshield Corporation and Exhibits 1 thru 12
                 (c/s)  (FILED UNDER SEAL) (rk) [Entry date 07/11/00]
                 [2:95cv1481]

7/21/00   197    MOTION with memorandum in support by defendants  to
                 Strike [196-1] Exhibits 1,4 thru 7 and 10 in support of
                 plaintiff's motion for Claim and Interpretation  [196-2]
                 motion for Summary Judgment Regarding Admitted Infringing
                 Fairings against Defendant Airshield Corporation by Frank
                 T. Buckley Jr. and any Relevant Portions of the Brief in
                 Support of Such Motions  (c/s) (rk) [2:95cv1481]

7/24/00   198    RESPONSE by Frank T. Buckley Jr. in 2:95-cv-01481 in
                 opposition to [195-1] motion for Summary Judgment on
                 Non-Infringement  by Airshield, Fibertec Corporation,
                 Airshield, Inc.  and Exhibits 1 thru 4 (c/s) (FILED
                 SEPARATLEY)  (revised page 5 rec'd 8/2/00) (rk)
                 [Entry date 07/25/00] [Edit date 08/03/00] [2:95cv1481]

7/24/00   199    RESPONSE by Frank T. Buckley Jr. in 2:95-cv-01481 in
                 opposition to [194-1] motion  to exclude Gino Sovran from
                 testifying as an Expert Witness  by Airshield, Fibertec
                 Corporation, Airshield, Inc. and Exhibits 1 thru 4 (c/s) (rk)
                 [Entry date 07/25/00] [2:95cv1481]

7/27/00   200    MEMORANDUM BRIEF in RESPONSE by Airshield to [196-1] motion
                 for Claim and Interpretation and [196-2] motion for Summary
                 Judgment Regarding Admitted Infringing Fairings against
                 Defendant Airshield Corporation  and Exhibits 1 thru 15
                 (FILED SEPARATELY) (c/s) (rk) [2:95cv1481]

7/31/00   201    STIPULATION AND CONSENT  ORDER "MODIFYING' the scheduling
                 for replies as therein set forth  ( signed by Judge
                 Alexander Williams Jr. ) dated 7/31/00 (c/i 8/1/00) (rk)
                 [Entry date 08/01/00] [2:95cv1481]

8/8/00    202    REPLY by defendants  to response in opposition by plaintiff
                 to their [194-1] motion to exclude Gino Sovran from
                 testifying as an Expert Witness  (c/s) (rk)
                 [Entry date 08/09/00] [2:95cv1481]

8/8/00    203    RESPONSE by Frank T. Buckley Jr. in opposition to [197-1]
                 motion to Strike [196-1] Exhibits 1,4 thru 7 and 10 (c/s)
                 (rk) [Entry date 08/09/00] [2:95cv1481]

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                          CLOSED LEAD

8/10/00   204    REPLY by Airshield, Airshield, Inc. and Fibertec
                 Corporation to Plaintiff's Opposition to their [195-1]
                 motion for Summary Judgment on Non-Infringement (1 c/s) (td)
                 [Entry date 08/11/00] [2:95cv1481]

8/11/00   205    MOTION with memorandum in support by Frank T. Buckley Jr.
                 in  to limit the Testimony of Defendants' Technical
                 Expert, William T. Mason, Jr. , or, alternatively  to
                 exclude him from testifying altogether  and Exhibits A
                 thru D (c/s) (rk) [Entry date 08/14/00] [2:95cv1481]

8/11/00   206    REPLY by Frank T. Buckley Jr. in 2:95-cv-01481 to response
                 in opposition to his [196-1] motion for Claim and
                 Interpretation and [196-2] for Summary Judgment Regarding
                 Admitted Infringing Fairings against Defendant Airshield
                 Corporation  (c/s) (rk) [Entry date 08/14/00]
                 [2:95cv1481]

8/11/00   207    MOTION with memorandum in support by Frank T. Buckley Jr.
                 to exclude Thomas F. Smegal, Jr. Esq. from Testifying as an
                 Expert Witness   and Exhibits A thru D (c/s) (FILED
                 SEPARATELY) (rk) [Entry date 08/14/00] [2:95cv1481]

8/15/00   208    REPLY by Airshield, Airshield, Inc. and Fibertec
                 Corporation to Plaintiff's Opposition to their [197-1]
                 motion to Strike [196-1] Exhibits 1,4 thru 7 and 10 in
                 support of plaintiff's motion for Claim Interpretation and
                 [196-2] motion for Summary Judgment Regarding Admitted
                 Infringing Fairings against Defendant Airshield Corporation
                 by Frank T. Buckley Jr. and any Relevant Portions of the
                 Brief in Support of Such Motions (1 c/s) (td)
                 [Entry date 08/18/00] [2:95cv1481]

8/25/00   209    RESPONSE by Airshield, Inc. in 2:95-cv-01481, Fibertec
                 Corporation in 2:95-cv-01481, Airshield in 2:95-cv-01481 in
                 opposition to [207-1] motion to exclude Thomas F. Smegal,
                 Jr. Esq. from Testifying as an Expert Witness  by Frank T.
                 Buckley Jr. (c/s) (rk) [Entry date 08/28/00]
                 [2:95cv1481]

8/25/00   210    RESPONSE by Airshield, Inc. in 2:95-cv-01481, Fibertec
                 Corporation in 2:95-cv-01481, Airshield in 2:95-cv-01481 in
                 opposition to [205-1] motion  to limit the Testimony of
                 Defendants' Technical Expert, William T. Mason, Jr.  by
                 Frank T. Buckley Jr., [205-2] motion  to exclude him from
                 testifying altogether by Frank T. Buckley Jr. (c/s) (rk)
                 [Entry date 08/28/00] [2:95cv1481]

9/5/00    211    REPLY  by Frank T. Buckley Jr. in 2:95-cv-01481 in support
                 of [205-1] motion  to limit the Testimony of Defendants'
                 Technical Expert, William T. Mason, Jr.  by Frank T. Buckley
                 Jr., or in the alternative  [205-2] to exclude him from
                 testifying altogether by Frank T. Buckley Jr. (c/s) (rk)
                 [Entry date 09/06/00] [Edit date 09/06/00] [2:95cv1481]

Docket as of August 31, 2001 2:16 pm                        Page 46

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                              CLOSED LEAD

9/5/00    212    REPLY by Frank T. Buckley Jr. in support of [207-1] motion
                 to exclude Thomas F. Smegal, Jr. Esq. from Testifying as an
                 Expert Witness  by Frank T. Buckley Jr.    (c/s) (rk)
                 [Entry date 09/06/00] [2:95cv1481]

9/15/00   213    ORDER "RESCHEDULING" the hearing on pending motions   (
                 signed by Judge Alexander Williams Jr. ) dated 9/15/00 (c/i
                 9/18/00 ) (rk) [Entry date 09/18/00] [2:95cv1481]

10/6/00   --     Motion hearing held before Williams, Jr.  re: [194-1]
                 motion to exclude Gino Sovran from testifying as an Expert
                 Witness, - "DENIED" , for reasons stated in open court;
                 [205-1] motion to limit the Testimony of Defendants'
                 Technical Expert, T. Mason, Jr., or in the alternative
                 [205-2] motion to exclude him from testifying altogether
                 -argued- "DENIED", for the reasonsstated on the record
                 (Court Reporter/ER: G. Williams) (rk) [Entry date 10/11/00]
                 [2:95cv1481]

10/6/00   --     [195-1] motion  of defendants Airshield, Inc., Airshield
                 Corp., and Fibertec Corp. for Summary Judgment on
                 Non-Infringement , [196-1] motion by plaintiff   for Claim
                 and Interpretation  and , [196-2] for Summary Judgment
                 Regarding Admitted Infringing Fairings against Defendant
                 Airshield Corporation , [197-1] motion by defendants  to
                 Strike [196-1] Exhibits 1,4 thru 7 and 10 in support of
                 plaintiff's motion for Claim and Interpretation  [196-2]
                 motion for Summary Judgment Regarding Admitted Infringing
                 Fairings against Defendant Airshield Corporation by Frank
                 T. Buckley Jr. and any Relevant Portions of the Brief in
                 Support of Such Motions , [207-1] motion to exclude Thomas
                 F. Smegal, Jr. Esq. from Testifying as an Expert Witness
                 -argued-held "SUB CURIE"  ( signed by Judge Alexander
                 Williams Jr. ) (c/m) (rk) [Entry date 10/11/00]
                 [2:95cv1481]

10/10/00  214    MEMORANDUM OPINION  ( signed by Judge Alexander Williams
                 Jr. ) dated 10/10/00  (c/i 10/11/00) (rk)
                 [Entry date 10/11/00] [2:95cv1481]

Docket as of August 31, 2001 2:16 pm                     Page 47

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD

10/10/00 215    ORDER denying [194-1] motion  to exclude gino sovran from
                testifying as an Expert Witness denying [195-1] motion for
                Summary Judgment on Non-Infringement granting in part,
                denying in part [196-1] motion  for Claim and
                Interpretation denying [162-1] motion for Christopher
                Kliefoth to Appear Pro Hac Vice denying [197-1] motion to
                Strike [196-1] Exhibits 1,4 thru 7 and 10 in support of
                plaintiff's motion for Claim and Interpretation  [196-2]
                motion for Summary Judgment Regarding Admitted Infringing
                Fairings against Defendant Airshield Corporation by Frank
                T. Buckley Jr. and any Relevant Portions of the Brief in
                Support of Such Motions denying [205-1] motion  to limit
                the Testimony of Defendants' Technical Expert, William T.
                Mason, Jr. granting in part, denying in part [207-1] motion
                to exclude Thomas F. Smegal, Jr. Esq. from Testifying as an
                Expert Witness ( signed by Judge Alexander Williams Jr. )
                dated 10/10/00 (c/i 10/11/00 ) (rk) [Entry date 10/11/00]
                [2:95cv1481]

11/6/00  --     Tele-conference  held before Williams, J. (In chambers) (rk)
                [Entry date 11/08/00] [2:95cv1481]

11/9/00  216    ORDER " CONFIRMING" the Scheduling of this case  pursuant
                to the telephonic conference call 11/6/2000( signed by
                Judge Alexander Williams Jr. ) dated 11/6/00 (c/i 11/13/00)
                (rk) [Entry date 11/13/00] [2:95cv1481]

12/18/00 217    MOTION with memorandum in support by defendants   for
                Claim Interpretation  and attachments  (c/s) (Memorandum
                and Attachments FILED SEPARATLEY) (rk) [Entry date 12/20/00]
                [2:95cv1481]

1/2/01   218    MOTION by Frank T. Buckley Jr. in 2:95-cv-01481 for Laura
                Eversole to Withdraw as Attorney (c/s) (rk)
                [Entry date 01/03/01] [2:95cv1481]

1/2/01   219    UNOPPOSED MOTION by Frank T. Buckley Jr. in 2:95-cv-01481
                to Extend Time of the due date for plaintiff's opposition
                to defendants' Motion for Claim Interpretaion  (c/s) (rk)
                [Entry date 01/03/01] [2:95cv1481]

1/4/01   220    ORDER granting [219-1] motion to Extend Time of the due
                date for plaintiff's opposition to defendants' Motion for
                Claim Interpretaion to and including 1/19/01  ( signed by
                Judge Alexander Williams Jr. ) dated 1/4/01 (c/i 1/5/01 )
                (rk) [Entry date 01/05/01] [2:95cv1481]

1/17/01  221    MOTION by Frank T. Buckley Jr. in 2:95-cv-01481 for Diane
                L. Cafritz to Appear Pro Hac Vice (rk) [Entry date 01/18/01]
                [2:95cv1481]

1/17/01  221    ORDER granting [221-1] motion for Diane L. Cafritz to
                Appear Pro Hac Vice ( signed by Judge Alexander Williams
                Jr. ) dated 1/17/01 (c/m 1/18/01 rk) (rk)

Docket as of August 31, 2001 2:16 pm          Page 48

```
Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD
              [Entry date 01/18/01] [2:95cv1481]

1/19/01  222   RESPONSE by Frank T. Buckley Jr. in 2:95-cv-01481 in
               opposition to [217-1] motion  for Claim Interpretation by
               Fibertec Corporation, Airshield, Airshield, Inc. (rk)
               [Entry date 01/22/01] [2:95cv1481]

1/19/01  222   Plaintiff's Markman Hearing Brief on claim interpretaion
               and Exhibit A (c/s) (rk) [Entry date 01/22/01]
               [2:95cv1481]

1/30/01  223   MARGINAL ORDER Approving [218-1] motion for Laura Eversole
               to Withdraw as Attorney (Terminated attorney Laura Eversole
               for Frank T. Buckley in 2:95-cv-01481 ( signed by Judge
               Alexander Williams Jr. ) dated 1/29/01  (c/i and c/m
               1/30/01) (rk) [Entry date 01/31/01] [2:95cv1481]

2/2/01   224   RESPONSE by defendants in opposition to plaintiff's Motion
               for Claim Interpretation [222-1]  (c/s) (rk)
               [Entry date 02/05/01] [2:95cv1481]

2/5/01   225   REPLY by Frank T. Buckley Jr. to response in opposition to
               [217-1] his Markman Hearing brief on Claim Interpretation
               (c/s) (rk) [Entry date 02/07/01] [2:95cv1481]

2/5/01   --    Motion hearing held before held before Williams, J.  re:
               [217-1] motion for Claim Interpretation-argued- held "SUB
               CURIE" (Court Reporter: G. Williams) (rk)
               [Entry date 02/07/01] [2:95cv1481]

2/5/01   226   Exhibit list by Frank T. Buckley Jr. (rk)
               [Entry date 02/07/01] [2:95cv1481]

2/5/01   227   Stipulation Regarding return of exhibits dated 2/5/01 (rk)
               [Entry date 02/07/01] [2:95cv1481]

2/7/01   228   MEMORANDUM OPINION  ( signed by Judge Alexander Williams
               Jr. ) dated 2/7/01 (c/i 2/8/01) (rk) [Entry date 02/08/01]
               [2:95cv1481]

2/7/01   229   ORDER denying [217-1] motion  by defendant  for Claim
               Interpretation granting in part [222-1] Plalintiff's
               Markman Hearing Brief on Claim Interpretation to the extent
               that x in the equation H=h+(x/2)tano of Claim 1 of the
               '862 patent equals 24 to 36 inches  ( signed by Judge
               Alexander Williams Jr. ) dated 2/7/01  (c/i 2/8/01) (rk)
               [Entry date 02/08/01] [2:95cv1481]

3/12/01  230   Transcript of proceedings held before the Court on February
               5, 2001  (FILED SEPARATELY) (rk) [Entry date 03/14/01]
               [2:95cv1481]

3/23/01  231   SUGGESTION OF BANKRUPTCY by Airshield as to Airshield (1
               c/s) (td) [2:95cv1481]
Docket as of August 31, 2001 2:16 pm                     Page 49
```

Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                         CLOSED LEAD


3/29/01  --      Telephonic -conference  held before Williams, J. (In
                 Chambers) (rk) [Entry date 03/30/01] [2:95cv1481]

3/29/01  232     ORDER  "ADMINISTRATIVELY CLOSING" this case in accordance
                 with the automatic stay imposed by Section 362 of the U.S.
                 Bankruptcy Code in this case ( signed by Judge Alexander
                 Williams Jr. ) dated 3/29/01  (c/i and MICORFILMED  3/30/01
                 ) (rk) [Entry date 03/30/01] [2:95cv1481]

3/29/01  --      Case closed (rk) [Entry date 03/30/01] [2:95cv1481]

3/30/01  233     ORDER  " ADMINISTRATIVELY" CLOSING" this case in accordance
                 with the automatic stay imposed by Section 362 of the U.S.
                 Banrkuptcy Code( signed by Judge Alexander Williams Jr. )
                 dated 3/30/01 (c/i and MICROFILMED 3/30/01 )  (for original
                 see case AW-97cv2473 paper #23) (rk) [2:95cv1481]

5/18/01  234     MOTION with memorandum in support by Fibertec Corporation
                 in   for an Order Transferring (Venue) Case to the United
                 States District Court for the Southern District of Texas,
                 Brownsville Division   (c/s) (rk) [2:95cv1481]

5/29/01  235     MOTION by plaintiff, Frank T. Buckley Jr. for Extension of
                 Time to File Response to defendant's Motion Transferring
                 Venue (c/s) (arm) [Entry date 05/30/01] [2:95cv1481]

5/30/01  236     ORDER granting [235-1] motion for Extension of Time to File
                 Response to defendant's Motion Transferring Venue ( signed
                 by Judge Alexander Williams Jr. ) dated 5/30/01  (c/i
                 5/31/01 ) (rk) [Entry date 05/31/01] [2:95cv1481]

6/8/01   237     RESPONSE by Airshield in 2:95-cv-01481, Fibertec
                 Corporation in 2:95-cv-01481, Airshield, Inc. in
                 2:95-cv-01481 in opposition to [234-1] motion  for an Order
                 Transferring (Venue) Case to the United States District
                 Court for the Southern District of Texas, Brownsville
                 Division  by and Exhibit A (c/s) (rk) [Entry date 06/11/01]
                 [2:95cv1481]

6/22/01  238     RESPONSE by Fibertec Corporation in 2:95-cv-01481 to
                 [234-1] motion  for an Order Transferring (Venue) Case to
                 the United States District Court for the Southern District
                 of Texas, Brownsville Division  by Fibertec Corporation (rk)
                 [Entry date 06/25/01] [2:95cv1481]

6/22/01  238     MOTION by Airshield in 2:95-cv-01481  for Order
                 Recognizing Referral to the U.S. Bankruptcy Court for the
                 District of Maryland (c/s) (rk) [Entry date 06/25/01]
                 [2:95cv1481]


Docket as of August 31, 2001 2:16 pm                         Page 50

```
Proceedings include all events.
2:95cv1481 Buckley v. Airshield, et al                    CLOSED LEAD
```

7/27/01  239   MOTION by Frank T. Buckley Jr. in 2:95-cv-01481 for Leave
               to File Surreply to defendant's Reply to Plaintiff's
               Opposition to defendant's Motion for Order Transferring
               Venue  and Proposed Surreply (c/s) (rk)
               [Entry date 07/30/01] [2:95cv1481]

8/23/01  240   NOTICE of attorney appearance for Airshield in
               2:95-cv-01481 by Roy I Niedermayer with respect to the
               Motion for Order Transferring Venue only (c/s) (rk)
               [Entry date 08/24/01] [2:95cv1481]

8/24/01  --    Telephonic conference  held before Williams, J. (lad)
               [Entry date 08/27/01] [2:95cv1481]

8/27/01  241   MEMORANDUM OPINION  ( signed by Judge Alexander Williams
               Jr. 8/24/01) (c/i 8/27/01) (lad) [2:95cv1481]

8/27/01  242   ORDER granting [239-1] motion for Leave to File Surreply to
               defendant's Reply to Plaintiff's Opposition to defendant's
               Motion for Order Transferring Venue, denying as moot
               [238-1] motion for Order Recognizing Referral to the U.S.
               Bankruptcy Court for the District of Maryland, granting
               [234-1] motion for an Order Transferring (Venue) Case to
               the United States District Court for the Southern District
               of Texas, Brownsville Division, and directing the Clerk to
               Close this Case ( signed by Judge Alexander Williams Jr.
               8/24/01) (c/i 8/27/01) (lad) [2:95cv1481]

8/29/01  243   MOTION by Airshield for Russell W Mills and Gerald P.
               Urbach to Appear Pro Hac Vice (lad) [Entry date 08/30/01]
               [2:95cv1481]

8/29/01  243   ORDER granting [243-1] motion  for Russell W Mills and
               Gerald P. Urbach to Appear Pro Hac Vice ( signed by Judge
               Alexander Williams Jr. 8/27/01) (c/i 8/29/01) (lad)
               [Entry date 08/30/01] [2:95cv1481]

8/31/01  244   Case Transferred to the United States District Court for
               the Southern District of Texas, Brownsville Division (lad)
               [2:95cv1481]

I hereby attest and certify on __31 August 2001__
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
FELICIA C. CANNON
CLERK, U. S. DISTRICT COURT
DISTRICT OF MARYLAND

By _M. Melendez_ Deputy

```
Docket as of August 31, 2001 2:16 pm              Page 51
```