IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Frank T. Buckley, Jr., ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No.  B-01- 153 |
| v. ) | |
| ) | |
| Airshield Corporation, <u>et al</u>., ) | |
| ) | |
| Defendants ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO MODIFY STIPULATED PROTECTIVE ORDER**

Plaintiff Frank T. Buckley ("Buckley"), moves pursuant to Fed. R. Civ. P. 26(c) to modify the Stipulated Protective Order entered by this Court on September 30, 1996 (the "Protective Order") to permit the defendants in <u>Frank T. Buckley, Jr., v. Paccar, Inc. et al</u>., Case No. AW-97-3425 to have access to certain documents which have been produced in the above-captioned case which will be, designated by plaintiff as "CONFIDENTIAL-ATTORNEYS ONLY." The grounds for this motion are as follows:

1. This Court reinstated <u>Frank T. Buckley, Jr. v. Paccar, Inc. et al</u>., Case No. AW-97-3425 ("Paccar case") on April 25, 2001.

2. Discovery in the Paccar case will involve disclosure of confidential documents and information produced in the above-captioned case.

3. An order limiting disclosure of this confidential information will protect the interest of the parties in the above-captioned case.

4. The parties hereto have agreed to the terms and have executed a stipulated modification to the protective order.[1]

WHEREFORE the parties hereby respectfully request the Court to enter the Stipulated Modified Protective Order attached hereto.

Respectfully submitted,

Frank T. Buckley

By: _____
Christopher Kliefoth, Esq.
Diane L. Cafritz, Esq.
McDERMOTT, WILL & EMERY
600 13th Street NW
Washington, D.C. 20005-3096
(202) 756-8000

Attorneys for Plaintiff

Dated: September 10, 2001

---

[1] The only changes made to the Protective Order are: (1) some minor revisions to the introductory paragraph and (2) the addition of paragraphs 16 and 17.

WDC99 481770-1 049666 0011