

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FRANK T. BUCKLEY, JR., | § | |
| Plaintiff, | § | CIVIL ACTION B-01-153 |
| | § | |
| v. | § | |
| | § | |
| AIRSHIELD CORPORATION, | § | |
| Defendant. | § | |
| | § | |
| | § | |

## DEFENDANT'S DISCLOSURE OF ENTITIES
## FINANCIALLY INTERESTED IN THE LITIGATION

TO THE HONORABLE HILDA G. TAGLE,
UNITED STATES DISTRICT JUDGE:

COMES NOW, Airshield Corporation ("Airshield"), Defendant in the above-captioned litigation, and files this Disclosure of Entities Financially Interested in the Litigation (the "Disclosure").

1.      Airshield presently has a bankruptcy case pending in the United States District Court for the Southern District of Texas, Corpus Christi Division, styled *In re Airshield Corporation*, Case No. 01-20765-B-11.

2.      This case was transferred to this Court from the United States District Court for the District of Maryland pursuant to an order entered on August 27, 2001.

---

3.     Airshield intends to file a motion giving effect to the Order of Reference of Bankruptcy Cases and Proceedings *Nunc Pro Tunc* (the "Motion").

4.     Pursuant to the order entered by this court, Airshield hereby discloses those entities having a financial interest in this litigation.

5.     The outcome of this litigation may affect the distribution to creditors in the bankruptcy proceeding.  Accordingly, a large number of entities and individuals are financially interested in the litigation.  Airshield has filed Schedules and a Statement of Financial Affairs in the bankruptcy proceeding.  Those entities that are financially interested in the litigation are listed on Schedules D through F and H (collectively, the "Schedules") attached hereto as Exhibit "A".

6.     Airshield's shareholders are identified in Question 19b on page 7 of Airshield's Statement of Financial Affairs attached hereto as Exhibit "B".

Respectfully submitted,

HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.

By: _____
Gerald P. Urbach
SBN 20412000
Russell W. Mills
SBN 00784609
15303 Dallas Parkway, #700
Addison, TX 75001
Ph: 972/701-7000
Fax: 972/701-8765

ATTORNEYS FOR AIRSHIELD CORPORATION

---

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendant's Disclosure of Entities Financially Interested in the Litigation was served by first class U.S. mail, postage prepaid, on the following parties on this 11th day of October, 2001.

Laurie A. Spindler

Christopher Kliefoth, Esq.
McDermott, Will & Emery
600 13th Street NW
Washington, DC 20005

Marcy Kurtz
Bracewell and Patterson, LLP
South Tower Pennzoil Place
711 Louisiana St., #2900
Houston, TX 77002

in re   AIRSHIELD CORPORATION , Debtor.

Case No. 01-20765-B-11

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgments liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition if filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

{ } Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIMED WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>COMERICA BUSINESS CREDIT<br>ONE DETROIT CENTER<br>500 WOODARD AVENUE<br>MAIL CODE 3258<br>DETROIT, MI 48226 | | | MARCH 13, 1998<br>WORKING CAPITAL<br>FINANCIING THROUGH<br>ASSET BASED LENDING<br><br>VALUE $ 1,925,830.49 | | | | $1,925,830.49 | NONE |
| ACCOUNT NO.<br>FREIGHTLINER COPORATION<br>4747 NORTH CHANNEL AVENUE<br>PORTLAND, OR  97217 | | | JULY 27, 1999<br>TOOLS FOR PRODUCTION<br>OF AIR FAIRINGS FOR<br>FREIGHTLINER AND<br>STERLING<br>VALUE $ UNKOWN | X | | | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |

_____ Continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | $1,925,830.49 |
| Total (Use only on last page) | $1,925,830.49 |

Report total also on Summary of Schedules

Form B6d - 6/90 - SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

in re  AIRSHIELD CORPORATION, Debtor.



EXHIBIT

A

Case No. 01-20765-B-11

re AIRSHIELD CORPORATION, Debtor _____ Debtor.  Case No. __01-20765-B-11__ (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only orders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditor, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)**

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business of financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C.  §  507(a)(2).

☒ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in the 11 U.S.C.  §  507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C.  §  507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C.  §  507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C.  §  507(a)(6).

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C.  §  507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Government Units**
Taxes, customs, duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C.  § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claim based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C.  §  507 (a)(9).

*Amounts are subject to adjustments on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

in re  AIRSHIELD CORPORATION, Debtor.                    Case No. 01-20765-B-11

In re AIRSHIELD CORPORATION, Debtor    ATTACHMENT E-1        Case No. 01-20765-B-11

Date: Mar 30 01   01:04pm                                                    Page:
Historical Check Register

Region option: Primary,
Employee ID : T&E Account
Check date Mar 16 01 to Mar 16 01
Include Void Checks:

*Pay Period Ending 3/10/01*

| Emp. | Check No. | Date | Hours | Wages | Fica w/h Taxes | Soc. Sec. Taxes | Medicare Taxes | State Taxes | Deductions | Net Pay |
|------|-----------|------|-------|-------|----------------|-----------------|----------------|-------------|------------|---------|
| JAMES A. PORTER | | | | | | | | | | |
| 1831 | 6407 | Mar 16 01 | 80.00 | 1,923.06 | 280.20 | 191.14 | 42.39 | 123.98 | 481.29 | 1,731.02 |
| RICHARD GIFFARD | | | | | | | | | | |
| 1871 | 6388 | Mar 16 01 | 80.00 | 3,115.39 | 272.93 | 193.16 | 45.17 | 0.00 | 879.31 | 1,727. |
| JUAN MARTINEZ | | | | | | | | | | |
| 1872 | 6390 | Mar 16 01 | 107.75 | 941.73 | 92.25 | 58.45 | 13.67 | 0.00 | 0.00 | 780.55 |
| ROBERTO MARTINEZ | | | | | | | | | | |
| 1877 | 6395 | Mar 16 01 | 112.00 | 1,330.96 | 0.00 | 35.62 | 20.83 | 0.00 | 249.16 | 1,026.15 |
| SALVADOR G. MARTINEZ | | | | | | | | | | |
| 1893 | 6396 | Mar 16 01 | 96.00 | 1,730.77 | 0.00 | 105.38 | 24.64 | 0.00 | 224.41 | 1,376.34 |
| JUDY A. EASTERLY | | | | | | | | | | |
| 1895 | 6387 | Mar 16 01 | 80.00 | 1,233.33 | 168.50 | 75.55 | 17.98 | 0.00 | 74.26 | 879.89 |
| LORIE E. LOVELAND | | | | | | | | | | |
| 1896 | 6404 | Mar 16 01 | 80.00 | 1,200.00 | 96.57 | 74.40 | 17.40 | 0.00 | 62.30 | 929.23 |
| MARY E. ARIZPE | | | | | | | | | | |
| 1897 | 6402 | Mar 16 01 | 60.00 | 2,307.70 | 41.61 | 143.07 | 33.46 | 0.00 | 460.32 | 1,629.24 |
| VIRGINIA A. LITTRELL | | | | | | | | | | |
| 1898 | 6409 | Mar 16 01 | 80.00 | 1,478.40 | 12.29 | 91.66 | 21.44 | 0.00 | 187.35 | 1,165.86 |
| PAUL W. FLORIAN | | | | | | | | | | |
| 1931 | 6392 | Mar 16 01 | 80.00 | 3,076.92 | 76.28 | 190.76 | 44.61 | 0.00 | 656.27 | 2,109.00 |
| THOMAS P. EGAN | | | | | | | | | | |
| 1953 | 6391 | Mar 16 01 | 80.00 | 1,303.85 | 35.45 | 30.84 | 18.90 | 0.00 | 119.00 | 999.66 |
| DOUGLAS A. CHRISTIE | | | | | | | | | | |
| 1966 | 6412 | Mar 16 01 | 80.00 | 4,038.46 | 287.61 | 250.39 | 58.56 | 0.00 | 653.65 | 2,788.25 |
| 1966 | 6414 | Mar 16 01 | 0.00 | 2,500.00 | 287.61 | 155.00 | 36.25 | 0.00 | 0.00 | 2,021.14 |
| JONATHAN WREN | | 80.00 | | 6,538.46 | 575.22 | 405.39 | 94.81 | 0.00 | 653.65 | 4,809.39 |
| 1968 | 6400 | Mar 16 01 | 80.00 | 1,967.30 | 54.09 | 121.97 | 28.53 | 0.00 | 110.52 | 1,652.19 |
| FE NELL HUNTER | | | | | | | | | | |
| 1985 | 6413 | Mar 16 01 | 80.00 | 6,000.00 | 919.51 | 372.00 | 87.00 | 0.00 | 1,297.65 | 3,323.84 |
| JOSEPH E. RAFAC | | | | | | | | | | |
| 2002 | 6399 | Mar 16 01 | 80.00 | 3,076.93 | 61.28 | 190.77 | 44.61 | 0.00 | 634.27 | 2,146.00 |
| JORGE OCEGUERA | | | | | | | | | | |

```
Date: Mar 21 01    01:04-pm            FAIRFIELD CORP.                                                  Page:  2
Time Reg. Chec Register
```

| Emp. | Check No. | Date | Ours | Wages | Federal Taxes | Soc. Sec. Taxes | Medicare Taxes | State Taxes | Deductions | Net Pay |
|------|-----------|------|------|-------|---------------|-----------------|----------------|-------------|------------|---------|
| 2003 | 6416 | Mar 16 01 | 46.93 | 587.31 | 0.00 | 51.45 | 7.05 | 0.00 | 0.00 | 465.51 |
| | | | 146.93 | 1,588.31 | 0.00 | 98.47 | 23.03 | 0.00 | 61.15 | 1,405.66 |
| JUAN BUSTAITA |
| 2009 | 6395 | Mar 16 01 | 95.00 | 792.00 | 0.00 | 49.10 | 11.49 | 0.00 | 24.19 | 707.23 |
| LINDA LISA ADAME |
| 2016 | 6401 | Mar 16 01 | 88.51 | 1,073.70 | 102.79 | 66.57 | 15.57 | 0.00 | 0.00 | 888.77 |
| ANTONIO CEPEDA JR. |
| 2019 | 6408 | Mar 16 01 | 90.00 | 1,307.70 | 42.62 | 81.07 | 18.96 | 0.00 | 247.77 | 917.28 |
| PATRICIA I. RIVAS |
| 2023 | 6405 | Mar 16 01 | 99.42 | 1,082.50 | 30.15 | 67.11 | 15.69 | 0.00 | 64.00 | 905.55 |
| PEDRO VASQUEZ |
| 2026 | 6386 | Mar 16 01 | 104.00 | 728.00 | 76.80 | 45.13 | 10.55 | 0.00 | 9.00 | 586.52 |
| MIKE LANGFORD |
| 2027 | 6406 | Mar 16 01 | 80.00 | 2,307.70 | 346.16 | 143.07 | 33.46 | 0.00 | 98.65 | 1,686.36 |
| ELIAS MORALES |
| 2030 | 6397 | Mar 16 01 | 112.00 | 840.00 | 35.08 | 52.08 | 12.18 | 0.00 | 36.20 | 704.66 |
| 2030 | 5415 | Mar 16 01 | 39.53 | 296.47 | 35.08 | 18.36 | 4.30 | 0.00 | 0.00 | 238.71 |
| | | | 151.53 | 1,136.47 | 70.16 | 70.46 | 16.48 | 0.00 | 36.02 | 943.37 |
| BRUCE ALAN PEEVEY |
| 2034 | 6410 | Mar 16 01 | 80.00 | 2,307.69 | 13.10 | 143.08 | 33.46 | 0.00 | 289.00 | 1,829.05 |
| LINDA J. TOUCHET |
| 2037 | 6411 | Mar 16 01 | 58.24 | 1,176.45 | 114.53 | 72.94 | 17.06 | 0.00 | 70.59 | 901.33 |
| SYLVIA M. HERNANDEZ |
| 2044 | 6389 | Mar 16 01 | 101.75 | 1,013.63 | 121.84 | 62.84 | 14.69 | 0.00 | 101.35 | 712.91 |
| TEODULO CEBALLOS JR. |
| 2047 | 6394 | Mar 16 01 | 80.00 | 1,692.31 | 0.00 | 104.92 | 24.54 | 0.00 | 221.67 | 1,341.18 |
| FABIO CANTU JR. |
| 2048 | 6393 | Mar 16 01 | 80.00 | 1,923.07 | 181.15 | 119.23 | 27.89 | 0.00 | 84.65 | 1,510.15 |
| RACHEL LOPEZ |
| 2050 | 6403 | Mar 16 01 | 67.48 | 820.98 | 64.88 | 50.90 | 11.90 | 0.00 | 0.00 | 693.30 |
| 2050 | 6417 | Mar 16 01 | 24.24 | 218.16 | 0.00 | 13.52 | 3.17 | 0.00 | 0.00 | 201.47 |
| | | | 111.72 | 1,039.14 | 64.88 | 64.42 | 15.07 | 0.00 | 0.00 | 894.77 |
| | | Totals: | 2,624.25 | 57,445.78 | 4,016.55 | 3,559.67 | 832.50 | 123.86 | 7,397.29 | 41,515.91 |

29 employee(s) printed.

ANDY ACOTT

238.54
43,902.45

in re **AIRSHIELD CORPORATION, Debtor**⎯⎯⎯⎯ Debtor. Case No. ⎯⎯**01-20765-B-11**⎯⎯ (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditor, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)**

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business of financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in the 11 U.S.C. § 507(a)(3).

☒ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding of the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by Individuals**

Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Government Units**

Taxes, customs, duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claim based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

*Amounts are subject to adjustments on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

in re AIRSHIELD CORPORATION, Debtor.                    Case No. 01-20765-B-11

.· In re   AIRSHIELD CORPORATION , Debtor.                                    Case No. 01-20765-B-11

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

11 U.S.C 507(a)(4)
Type of Priority

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| FIDELITY INVESTMENTS (401K CONTRIBUTIONS) 82 DEVONSHIRE STREET BOSTON, MA 02109 | | | PAYROLL 3/10/01 | | | | $7,070.12 | |
| | | | TOTAL THIS PAGE | | | | $7,070.12 | |

Form B6E - 12/94 - SCHEDULE E -CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

In re  AIRSHIELD CORPORATION, Debtor.                          Case No. 01-20765-B-11

In re  __AIRSHIELD CORPORATION, Debtor__  Debtor.  Case No.  __01-20765-B-11__  if Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditor, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)**

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business of financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in the 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding of the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Other Certain Debts Owed to Government Units**

Taxes, customs, duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claim based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

*Amounts are subject to adjustments on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

in re  AIRSHIELD CORPORATION, Debtor.                  Case No. 01-20765-B-11

In re  AIRSHIELD CORPORATION , Debtor.                     Case No. 01-20765-B-11

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

11 U.S.C 507(a)(8)
Type of Priority

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE AUSTIN, TX | | | PENALTIES AND INTEREST FOR AUDIT 1993-1996 AND 1120 FOR YEAR ENDED 12/31/1999 | | | | $328,186.16 | |
| | | | TOTAL THIS PAGE | | | | $328,186.16 | |

Form B6E - 12/94 - SCHEDULE E -CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

in re  A R SHIELD CORPORATION, Debtor.                     Case No. 01-20765-B-11

FORM B6F (Official Form 6F) (9/97)

In re __AIRSHIELD CORPORATION__ ,          Case No. __01-20765-B-11__
                Debtor                                                    (If known)

### (FIRST AMENDED)
# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

▢ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ACC002 | | | SEE ATTACHMENT F-1 | | | | 324.75 |
| Accpac International File 73431 P.O. Box 60000 San Francisco, CA 94160-3431 | | | | | | | |
| ACCOUNT NO. ACE001 | | | SEE ATTACHMENT F-1 | | | | 14,394.20 |
| Ace Bolt & Screw Co. 1945 International Blvd. Brownsville, TX 78521 | | | | | | | |
| ACCOUNT NO. ACO001 | | | SEE ATTACHMENT F-1 | | | | 5,610.39 |
| Andy Acott 4210 Tufford Road Beamsville, Ontario CANADA L0R 1B1 | | | | | | | |
| ACCOUNT NO. ADV001 | | | SEE ATTACHMENT F-1 | | | | 1,653.68 |
| Advanta Leasing Services P.O. Box 41598 Philadelphia, PA 19101-1598 | | | | | | | |

__24__ continuation sheets attached

Subtotal ➤          $21,983 02

Total ➤

(Report also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re __AIRSHIELD CORPORATION__ ,
     Debtor

Case No. ___01-20765-B-11___
        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Airshield de Mexico S de RL de CF<br>Prol. Avenida Unions y Michigan S/N<br>Fraccionamiento Industrial del Norte<br>H. Matamoros, Tam. C.P. 87310<br>**MEXICO** | | | VARIOUS AMOUNTS OWING TO WHOLLY-OWNED SUBSIDIARY | | | | 1,164,828.23 |
| ACCOUNT NO. ARK002<br><br>American Freightways<br>P.O. Box 910150<br>Dallas, TX 75391-0150 | | | SEE ATTACHMENT F-1 | | | | 908.82 |
| ACCOUNT NO. AME007<br><br>Ameritas Life Insurance Corp.<br>P.O. Box 81889<br>Lincoln, NE 68501-1889 | | | SEE ATTACHMENT F-1 | | | | 1,249.80 |
| ACCOUNT NO. AMT001<br><br>Amtech Corporation<br>P.O. Box 11626<br>Tacoma, WA 98411-6626 | | | SEE ATTACHMENT F-1 | | | | 1,077 00 |
| ACCOUNT NO.<br><br>Angelillo Site<br>c/o Randy Smith, Group Administrator<br>P.O. Box 310<br>Mount Vernon, NH 03057 | | | ENVIRONMENTAL CLEAN-UP CLAIMS | X | X | X | unknown |
| ACCOUNT NO. ASS003<br><br>The Associates<br>P.O. Box 6229<br>Carol Stream, IL 601197-6229 | | | SEE ATTACHMENT F-1 | | | | 1,078.36 |

Sheet no. 1 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

$1,169,142.21

Total ➤
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____**AIRSHIELD CORPORATION**_____ ,
              Debtor

Case No. _____01-20765-B-11_____
                   (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ATT001<br><br>AT&T<br>P.O. Box 78425<br>Phoenix, AZ 85062-8525 | | | SEE ATTACHMENT F-1 | | | | 3,184.27 |
| ACCOUNT NO. LUC003<br><br>Avaya Financial Services<br>P.O. Box 93000<br>Chicago, IL 06073-3000 | | | SEE ATTACHMENT F-1 | | | | 105.81 |
| ACCOUNT NO. AVI001<br><br>Avis Rent A Car System, Inc.<br>7876 Collections Center Dr.<br>Chicago, IL 60693 | | | SEE ATTACHMENT F-1 | | | | 1,198.13 |
| ACCOUNT NO. BAC001<br><br>Bacon & Thomas<br>625 Slaters Lane<br>4th Floor<br>Alexandria, VA 22314 | | | SEE ATTACHMENT F-1 | | | | 1,628.65 |
| ACCOUNT NO. BAX001<br><br>Bax Global<br>Dept. Ch. 10391<br>Palatine, IL 60055-0391 | | | SEE ATTACHMENT F-1 | | | | 5,068.45 |
| ACCOUNT NO. BIG001<br><br>Bigbee Transportation<br>P.O. Box 9010<br>Columbus, MS 39705-0015 | | | SEE ATTACHMENT F-1 | | | | 825.00 |

Sheet no. 2 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)
Total ➤
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| Subtotal | $12,010.31 |
| Total | |

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re ___**AIRSHIELD CORPORATION**___ .
                Debtor

Case No. ___**01-20765-B-11**___
           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. WOR001<br><br>Blackhawk Automotive Plastics f/k/a Worthington Customs 500 North Warpole Street Upper Sandusky, OH 43351 | | | SEE ATTACHMENT F-1 | | | | 2,196 23 |
| ACCOUNT NO. BLU001<br><br>Blue Cross and Blue Shield P.O. Box 660112 Dallas, TX 75266-0112 | | | SEE ATTACHMENT F-1 | | | | 8,208.84 |
| ACCOUNT NO. BON001<br><br>Bonal Technologies, Inc. 21178 Bridge Street Southfield, MI 48034 | | | SEE ATTACHMENT F-1 | | | | 12,524.34 |
| ACCOUNT NO. BRI015<br><br>Bris Sales Company, Inc. #3 Clarke Conroe, TX 77301 | | | SEE ATTACHMENT F-1 | | | | 437,632 32 |
| ACCOUNT NO. BFI001<br><br>Browning-Ferris Industries P.O. Box 78719 Phoenix, AZ 85062-8719 | | | SEE ATTACHMENT F-1 | | | | 8,746 00 |
| ACCOUNT NO. BRO006<br><br>Brownsville Chamber of Comm. 1600 E. Elizabeth Street Brownsville, TX 78520 | | | SEE ATTACHMENT F-1 | | | | 525 00 |

Sheet no. 3 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $469,832.73
(Total of this page)
Total ➤
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re    **AIRSHIELD CORPORATION**                   ,
Debtor

Case No.    **01-20765-B-11**
(If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BRO003 | | | SEE ATTACHMENT F-1 | | | | 140 30 |
| The Brownsville Herald P.O. Box 351 Brownsville, TX 78520 | | | | | | | |
| ACCOUNT NO. | | | PATENT INFRINGEMENT CLAIMS | X | X | X | unknown |
| Frank Buckley c/o Christopher Kliefoth McDermott, Will & Emery 600 Thirteenth Street, N.W. Washington, D.C. 20005-3096 | | | | | | | |
| ACCOUNT NO. CAC002 | | | SEE ATTACHMENT F-1 | | | | 9,398.60 |
| Cacheaux Cavazos Newton & Kimball, LLP 1300 N. 10th Suite 320 McAllen, TX 78501 | | | | | | | |
| ACCOUNT NO. CAM002 | | | SEE ATTACHMENT F-1 | | | | 5,500.00 |
| Cameron County Intl. Toll P.O. Box 109 Brownsville, TX 78520 | | | | | | | |
| ACCOUNT NO. CAM001 | | | SEE ATTACHMENT F-1 | | | | 2,141 50 |
| Cameron County Tax Assessor-Col 964 E. Harrison Brownsville, TX 78520-7123 | | | | | | | |
| ACCOUNT NO. CAN004 | | | SEE ATTACHMENT F-1 | | | | 46,390 28 |
| Canada Fiberglass Ltd. P.O. Box 908 Brantford, Ontario CANADA N3T 5S1 | | | | | | | |

Sheet no. 4 of 24 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)        | $63,570 68
Total ➤
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____ **AIRSHIELD CORPORATION** _____ ,
               Debtor

Case No. _____ 01-20765-B-11 _____
               (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CEN002<br><br>Centra, Inc.<br>P.O. Box 80<br>Warren, MI 48090 | | | SEE ATTACHMENT F-1 | | | | 649.11 |
| ACCOUNT NO. CEN001<br><br>Central Freight Lines<br>P.O. Box 2638<br>Waco, TX 76702-2638 | | | SEE ATTACHMENT F-1 | | | | 5,723 99 |
| ACCOUNT NO. CFM001<br><br>C.F. Motor Freight<br>P O. Box 4153<br>Brownsville, TX 78523 | | | SEE ATTACHMENT F-1 | | | | 137 40 |
| ACCOUNT NO. CHA001<br><br>Chardon Rubber Company<br>P.O. Box 931320<br>Cleveland, OH 44193-0459 | | | SEE ATTACHMENT F-1 | | | | 4,843.52 |
| ACCOUNT NO. CHR003<br><br>Douglas A. Christie<br>418 Zapata<br>Rancho Viejo, TX 78575 | | | SEE ATTACHMENT F-1 | | | | 3,092.04 |
| ACCOUNT NO. CIO001<br><br>C.I.O.S.<br>P.O. Box 20815<br>Waco, TX 76702 | | | SEE ATTACHMENT F-1 | | | | 30,000 00 |

Sheet no. 5 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)      $44,446.06

Total ▶
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____**AIRSHIELD CORPORATION**_____,          Case No. ____01-20765-B-11____
                       Debtor                                                 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CIT002<br><br>The CIT Group/EF<br>P.O. Box 27248<br>Tempe, AZ 85282 | | | SEE ATTACHMENT F-1 | | | | 1,272.09 |
| ACCOUNT NO. CIT001<br><br>City of Brownsville<br>600 E. Jackson St.<br>Brownsville, TX 78520 | | | SEE ATTACHMENT F-1 | | | | 21,042.45 |
| ACCOUNT NO. CIT003<br><br>City of Brownsville<br>P.O. Box 911<br>Brownsville, TX 78520 | | | SEE ATTACHMENT F-1 | | | | 1,980.90 |
| ACCOUNT NO. CLA001<br><br>Clarion Technologies, Inc.<br>6719 Pine Ridge Court<br>Jenison, MI 49428 | | | SEE ATTACHMENT F-1 | | | | 41,428.80 |
| ACCOUNT NO. COL005<br><br>Colonial Life & Accident<br>P.O. Box 903<br>Columbia, SC 29202-0903 | | | SEE ATTACHMENT F-1 | | | | 258.00 |
| ACCOUNT NO. COM002<br><br>Computer Technical Services<br>301 N. 23rd Street<br>McAllen, TX 78501 | | | SEE ATTACHMENT F-1 | | | | 355.00 |

Sheet no. 6 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal ➤                 $66,337.24
                            (Total of this page)
                                         Total ➤
(Use only on last page of the completed Schedule F.)

                                         (Report total also on Summary of Schedules)

## III.  BREACH OF CONTRACT CLAIM

4.  Plaintiff's Complaint does not plead facts sufficient to show that it is entitled to relief upon its breach of contract claim.  The Court need not accept as true conclusionary allegations, legal characterizations, unreasonable inferences or unwarranted deductions of fact.  *Kaiser Aluminum & Chem. Sales, Inc. v. Avondale Shipyards, Inc.*, 677 F2d 1045, 10450 (5th Cir. 1982); *In re: Delorean Motor Co.*, 991 F2d 1236, 1240 (6th Cir. 1993); *Western Mining Council v. Watt*, 634 F2d 618, 624 (9th Cir. 1981).  Plaintiff's breach of contract claim should therefore, be dismissed.

## IV.  JUDICIAL EFFICIENCY

5.  This proceeding and the parallel state court proceeding involve completely identical facts and issues as a result of the defenses and claims asserted in each proceeding.  Plaintiff's rights will be fully protected by the state court.  Plaintiff's Complaint should, therefore, be dismissed in order to avoid conflicting opinions and to promote judicial efficiency.  *See* 5A C. Wright & A. Miller, *Federal Practice and Procedure* § 1360 at 441-443 (1990) (copy attached).

## V.  EXEMPLARY DAMAGES

6.  As Plaintiff's state law tort claims arise from Plaintiff's performance of governmental functions, Plaintiff's recovery of exemplary damages relating to such claims is naturally barred by the doctrine of governmental or sovereign immunity.  The holdings in *City of Gladwater v. Pike* and *City of San Antonio v. Rodriguez* have no bearing on the case at bar as each case involves claims arising from the performance of functions deemed proprietary. *See City of Gladwater v. Pike*, 727 S.W.2d 514 (Tex.

conflicting opinions and to promote judicial efficiency.[28]  Accordingly, the judge has extensive discretion in the framing of an order to achieve the court's goal and to protect the parties from any possible prejudicial effects that might result from a stay.[29]  For example, in Boggess v. Columbian Rope Company,[30] the court granted defendant's motion to stay pending a trial of the issues in an action previously brought in the state court on the condition that plaintiff go forward with discovery under the federal rules and defendant consent to the use of the fruits of that discovery in the state action.

In addition to motions to stay, some courts also have allowed

**28.  Court's objectives**

"This court is willing to give, so far as the Judges are concerned, the extra time that is necessary to try this patent case even though it is apt to be a very burdensome case, as counsel have suggested, and we are willing to do it; but I do not think that there is any reasonable basis for asking the Southern District of New York Judge, who would be sitting there, to try the case and ask that also from a Judge from Maryland.  Either one or the other seems to me to be sufficient." International Nickel Co. v. Martin J. Barry, Inc., C.A.4th, 1953, 204 F.2d 583, 585, quoting from the district court's apparently unreported opinion.

Mottolese v. Kaufman, C.A.2d, 1949, 176 F.2d 301.

"The pendency of the same cause of action in a state court between the same parties is ordinarily not a ground for abating the action in the federal court. . . . It has been uniformly held, notwithstanding this consideration, that when the proceedings are in rem or quasi in rem the court first obtaining possession of the res should proceed to final judgment and that the court of concurrent jurisdiction should suspend proceedings and await the conclusion of the case in the court having actual or potential possession of the res." Butler v. Judge of U.S. Dist. Ct. in & for No.

Dist. of California, C.A.9th, 1941, 116 F.2d 1013, 1015 (Wilbur, J.).

National Airmotive v. Government & State of Iran, D.C.D.C.1980, 491 F.Supp. 555, 556, citing Wright & Miller.

In P. Beiersdorf & Co. v. Duke Labs, Inc., D.C.N.Y.1950, 92 F.Supp. 287, affirmed C.A.2d, 1951, 187 F.2d 14, a trademark infringement action, the appellate court upheld the lower court's grant of a stay pending the determination of an earlier declaratory judgment action in the state court when the sole basis for granting that motion had been the crowded dockets in the district.

**29.  Extensive discretion**

Chrysler Corp. v. Fedders Corp., D.C. N.J.1981, 519 F.Supp. 1252, citing Wright & Miller, vacated on other grounds C.A.3d, 1982, 670 F.2d 1316.

Adolph Coors Co. v. Davenport Mach. & Foundry Co., D.C.Colo.1981, 89 F.R.D. 148, 154, citing Wright & Miller.

**30.  Boggess case**

D.C.N.Y.1958, 167 F.Supp. 854.

**See also**

In In the Matter of Standard Gas & Elec. Co., D.C.Del.1954, 16 F.R.D. 221, the court granted a motion to stay until administrative proceedings were completed and, at the behest of the attorneys, entered a protective order preserving the status quo of the earlier reservation of jurisdiction.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to the following by facsimile transmission, regular mail and/or certified mail, return receipt requested, on this the ___13th___ day of June, 2000.

Mr. J. Homer Garza                      **CERTIFIED MAIL-RRR**
Attorney at Law
1111 North Loop West, Suite 927
Houston, Texas  77008-4716

Mr. William P. Huttenbach               **CERTIFIED MAIL-RRR**
Hirsch & Westheimer, P. C.
700 Louisiana Street, 25th Floor
NationsBank Center
Houston, Texas  77002

Dalby Fleming

is the more appropriate procedure.[34]

A few courts insist that inasmuch as the defense of other action pending is so closely linked to the res judicata doctrine it is actually an affirmative defense to be asserted in the answer and thus cannot be raised by a preliminary motion to dismiss.[35] But these decisions were rendered shortly after the adoption of the federal rules and plainly are inconsistent with the trend of decisions in recent years.[36]

Another illustration of a situation in which a motion to dismiss seems appropriate even though it is not expressly authorized by Rule 12(b), is when some remedy may be available to plaintiff but none should be granted by the federal court. For example, suppose that following the institution of a state court action defendant in that proceeding commences a federal court action asking for declaratory relief concerning the same transaction or event at issue in the state court action and an injunction against the state court plaintiff's prosecuting the original litigation. A motion to dismiss might well be appropriate on the grounds that (1) the federal court should decline to hear a declaratory judgment action inasmuch as all of the issues can be litigated in the state proceeding and (2) injunctive relief is barred by Section 2282 of the Judicial Code, which limits a federal court's ability to enjoin a state court action.

The particular rationale the court utilizes to justify hearing a motion that is not specifically authorized by Rule 12(b) or any other federal rule or statute largely determines which principles will govern the presentation and resolution of that motion. When the court treats the motion as having been brought under Rule 12(b), then it is subject to the rules and practices applicable to the most analogous Rule 12(b) motion. For example, if a defense of lack of capacity to sue is raised as a Rule 12(b)(6) motion, any other available Rule 12(b)(2) through Rule 12(b)(5) defense must be consolidated with it or the right to raise any of the omitted

**34.  Quotation**

Id. at 472 (Hamlin, J.).

**35.  Defense must be asserted in answer**

In Sproul v. Gambone, D.C.Pa.1940, 34 F.Supp. 441, 442, the court stated that "we are of the opinion that the pendency of another action is not a matter than [sic] can be raised by

motion to dismiss • • •. See Rule 12(b). In our view, defense of a multiplicity of suits should be raised by answer." (Schoonmaker, J.)

Dirk Ter Haar v. Seaboard Oil Co., D.C. Cal.1940, 1 F.R.D. 598.

**36.  Recent trend**

See vol. 5, § 1277, and § 1357 in this volume.

FORM B6F - Cont.
(10/89)

In re __AIRSHIELD CORPORATION_____,
           Debtor

Case No. ___01-20765-B-11____
           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. GUL001<br><br>Gulf Data Products<br>810 E. Harrison<br>Harlingen, TX 78550 | | | SEE ATTACHMENT F-1 | | | | 382.12 |
| ACCOUNT NO. HAN001<br><br>Hands On Computer Repair<br>1213 E. Alton Gloor Blvd.<br>Brownsville, TX 78526 | | | SEE ATTACHMENT F-1 | | | | 736.10 |
| ACCOUNT NO. ITT001<br><br>The Hartford<br>P.O. Box 79212<br>City of Industry, CA 91716-9212 | | | SEE ATTACHMENT F-1 | | | | 17,010.33 |
| ACCOUNT NO.<br><br>Hide-n-Side<br>Innovatic Truck Storage, Inc.<br>Attention: Neil Long<br>22874 Sutrol Street<br>Hayward, CA 94541 | | | LAWSUIT RELATED TO DISPUTED GOODS | X | X | X | unknown |
| ACCOUNT NO. HUN001<br><br>Ferrell Hunter<br>P.O. Box 3048<br>South Padre Island, TX 78597-3048 | | | SEE ATTACHMENT F-1 | | | | 3,401.62 |
| ACCOUNT NO. IMP002<br><br>Imperial Electric Motor Serv.<br>P.O. Box 1111<br>Brownsville, TX 78522 | | | SEE ATTACHMENT F-1 | | | | 1,142.03 |

Sheet no 11 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| $22,672 20 | |

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re    **AIRSHIELD CORPORATION**                    .
              Debtor

Case No.  _____01-20765-B-11_____
                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. INS003<br><br>Insight Direct Inc.<br>P.O. Box 78825<br>Phoenix, AZ 85062-8825 | | | SEE ATTACHMENT F-1 | | | | 1,002 01 |
| ACCOUNT NO. ARD002<br><br>Integrated Logistics Solutions<br>P.O. Box 72220<br>Cleveland, OH 44192-0220 | | | SEE ATTACHMENT F-1 | | | | 1,297 16 |
| ACCOUNT NO. INT002<br><br>Interlink Internet Services<br>P.O. Box 300<br>Salkum, WA 98582 | | | SEE ATTACHMENT F-1 | | | | 75 00 |
| ACCOUNT NO. INT008<br><br>International Achievement Inc.<br>P O. Box 9126<br>Waco, TX 76714-9126 | | | SEE ATTACHMENT F-1 | | | | 3,060.00 |
| ACCOUNT NO. INT003<br><br>International Technology Group<br>2767 W  Canyon Ave.<br>#250<br>San Diego, CA 92123 | | | SEE ATTACHMENT F-1 | | | | 3,525 00 |
| ACCOUNT NO. INT004<br><br>International Truck & Engine<br>P.O. Box 535<br>Fort Wayne, IN 46801 | | | SEE ATTACHMENT F-1 | | | | 1,769 95 |

Sheet no. 12 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)
Total ➤
(Use only on last page of the completed Schedule F.)

$10,729 12

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re __AIRSHIELD CORPORATION_____,          Case No. ___01-20765-B-11___
              Debtor                                                    (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. HER001<br><br>Patricia Herrera Jaramillo<br>Laguna Madre 14 Y 16 #85<br>Col San Francisco<br>H. Matamoros, TAM<br>**MEXICO** | | | SEE ATTACHMENT F-1 | | | | 480 00 |
| ACCOUNT NO. KEL001<br><br>J.J. Keller & Associates<br>P.O. Box 548<br>Neenah, WS 54957-0548 | | | SEE ATTACHMENT F-1 | | | | 115.39 |
| ACCOUNT NO. JOE001<br><br>Joe W. Fly Co., Inc.<br>4820 Memphis Street<br>Dallas, TX 75207 | | | SEE ATTACHMENT F-1 | | | | 8,911 48 |
| ACCOUNT NO. JON001<br><br>Jones & Cook Office<br>1424 West Price Road<br>Brownsville, TX 78520 | | | SEE ATTACHMENT F-1 | | | | 1,693 42 |
| ACCOUNT NO. KIN001<br><br>Kinko's<br>P.O. Box 672085<br>Dallas, TX 75267-2085 | | | SEE ATTACHMENT F-1 | | | | 749 64 |
| ACCOUNT NO. MIT001<br><br>Kyocera Mita America Inc.<br>P.O. Box 676013<br>Dallas, TX 75267-6013 | | | SEE ATTACHMENT F-1 | | | | 4,078 40 |

Sheet no. 13 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤      $16,028 33
(Total of this page)
Total ➤
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re ___AIRSHIELD CORPORATION_____.
　　　　　　　　　　Debtor

Case No. ___01-20765-B-11___
　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. LAN003<br><br>Mike Langford<br>150 Santa Monica<br>Gun Barrel City, TX 75147 | | | SEE ATTACHMENT F-1 | | | | 688.99 |
| ACCOUNT NO. MAC001<br><br>Mack Hils, Inc.<br>P.O. Box 856<br>Moberly, MO 65270 | | | SEE ATTACHMENT F-1 | | | | 158,782.07 |
| ACCOUNT NO. MCI003<br><br>Worldcom Intl. Data Services, Inc.<br>fka MCI International/WUI Inc.<br>File #42144<br>P.O. Box 60000<br>San Francisco, CA 94160-2144 | | | SEE ATTACHMENT F-1 | | | | 3,500.19 |
| ACCOUNT NO. MCI002<br><br>MCI Telecommunications<br>P.O. Box 93372<br>Chicago, IL 60673-7372 | | | SEE ATTACHMENT F-1 | | | | 2,526.39 |
| ACCOUNT NO. MCI004<br><br>MCI Worldcom<br>P O Box 856053<br>Louisville, KY 40285-6053 | | | SEE ATTACHMENT F-1 | | | | 134.44 |
| ACCOUNT NO. MCI001<br><br>McInnis Flowers and Gifts<br>P O Box 4143<br>Brownsville, TX 78523 | | | SEE ATTACHMENT F-1 | | | | 49.80 |

Sheet no. 14 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

$165,681 88

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re ___**AIRSHIELD CORPORATION**___ ,
Debtor

Case No. ___01-20765-B-11___
(If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. MEL001 | | | SEE ATTACHMENT F-1 | | | | 1,842.72 |
| Mellon Leasing<br>P.O. Box 47<br>Deerfield, IL 60015-0047 | | | | | | | |
| ACCOUNT NO. | X | | WAREHOUSE AND OFFICE SPACE | | | | unknown |
| Carl Meyer<br>P.O. Box 3754<br>Brownsville, TX 78521 | | | | | | | |
| ACCOUNT NO. MOB001 | | | SEE ATTACHMENT F-1 | | | | 137.36 |
| Mobile Relays<br>P.O. Box 1808<br>McAllen, TX 78502 | | | | | | | |
| ACCOUNT NO. MOT003 | | | SEE ATTACHMENT F-1 | | | | 243,878.85 |
| Motion Sales & Service<br>340 McKenzie Road<br>Brownsville, TX 78521 | | | | | | | |
| ACCOUNT NO. OVE001 | | | SEE ATTACHMENT F-1 | | | | 725.45 |
| Overnite Transportation<br>P.O. Box 79755<br>Baltimore, MD 21279-0755 | | | | | | | |
| ACCOUNT NO. PAS001 | | | SEE ATTACHMENT F-1 | | | | 29,463.70 |
| Passport To Success<br>4527 Lake Shore Drive<br>Waco, TX 76710-1814 | | | | | | | |
| ACCOUNT NO. PAT002 | | | SEE ATTACHMENT F-1 | | | | 13,300.00 |
| Pattillo, Browns, Hill & Cascos<br>765 East Seventh Street<br>Suite A<br>Brownsville, TX 78520 | | | | | | | |

Sheet no. 15 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

$289,348.08

Total ➤
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re    __AIRSHIELD CORPORATION__    ,     Case No.    __01-20765-B-11__
           Debtor                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CAP001<br><br>Pentacon IG - Capitol Bolt<br>P.O. Box 140029<br>Austin, TX 78714 | | | SEE ATTACHMENT F-1 | | | | 116,240 46 |
| ACCOUNT NO. PIT002<br><br>Pitneyworks<br>P.O. Box 85042<br>Louisville, KY 40285-5042 | | | SEE ATTACHMENT F-1 | | | | 600.00 |
| ACCOUNT NO. PLA003<br><br>Plas-Tex<br>3000 Wesley Way<br>Fort Worth, TX 76118 | | | SEE ATTACHMENT F-1 | | | | 476,923 56 |
| ACCOUNT NO. POR001<br><br>James Porter<br>1081 Parrots Cobe Road<br>Greensboro, GA 30642 | | | SEE ATTACHMENT F-1 | | | | 1,279.02 |
| ACCOUNT NO. POR002<br><br>Porter's Fabrications<br>8620 Wilkinson Blvd.<br>Charlotte, NC 28214-8059 | | | SEE ATTACHMENT F-1 | | | | 2,306 62 |
| ACCOUNT NO. PRA001<br><br>Prairie Technology Group, Inc.<br>602 Front Road<br>Hutto, TX 78634 | | | SEE ATTACHMENT F-1 | | | | 67,067 41 |

Sheet no. 16 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $664,417 07
(Total of this page)
Total ➤
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re    **AIRSHIELD CORPORATION**              .
         Debtor

Case No. ____**01-20765-B-11**____
                 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND WIFE JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. PRO005<br><br>Professional Printing, Inc.<br>794 Paredes Line Road<br>Brownsville, TX 78521 | | | SEE ATTACHMENT F-1 | | | | 422.18 |
| ACCOUNT NO. RAF001<br><br>Joe Rafac<br>200 Santa Ana #9<br>Rancho Viejo, TX 78575 | | | SEE ATTACHMENT F-1 | | | | 204.16 |
| ACCOUNT NO. RAN001<br><br>Rand Technologies of Michigan<br>5995 Opus Parkway<br>Suite 145<br>Minnetonka, MN 55343 | | | SEE ATTACHMENT F-1 | | | | 11,315.90 |
| ACCOUNT NO. RED003<br><br>Red Barn Tires, Inc.<br>6424 E. 14th Street<br>Brownsville, TX 78521 | | | SEE ATTACHMENT F-1 | | | | 41 00 |
| ACCOUNT NO. IND004<br><br>Riber-Tech<br>8505 Peaceful Hill Lane<br>Austin, TX 78748 | | | SEE ATTACHMENT F-1 | | | | 7,029 54 |
| ACCOUNT NO.<br><br>Rio Plastics<br>2700 R.L. Ostos Road<br>Brownsville, TX 78523 | | | RENTALS ACCRUING UNDER SHELTER AGREEMENT | | | | 83,000.00 |

Sheet no. 17 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

$102,012 78

Total ➤
(Use only on last page of the completed Schedule F.)

**(Report total also on Summary of Schedules)**

FORM B6F - Cont.
(10/89)

In re ___**AIRSHIELD CORPORATION**___ ,
Debtor

Case No. ___01-20765-B-11___
(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ROA001 | | | SEE ATTACHMENT F-1 | | | | 14,514.65 |
| Roadway Express, Inc. 1302 S. 28th Street Edinburg, TX 78539 | | | | | | | |
| ACCOUNT NO. ROM001 | | | SEE ATTACHMENT F-1 | | | | 1,181 50 |
| Romarc 512 Scott Road Plumsteadyville, PA 18949 | | | | | | | |
| ACCOUNT NO. ROM001 | | | SEE ATTACHMENT F-1 | | | | 2,550 00 |
| Roser Customs Service P.O. Box 48 Brownsville, TX 78520 | | | | | | | |
| ACCOUNT NO. SAF001 | | | SEE ATTACHMENT F-1 | | | | 7,971 26 |
| Safety-Kleen P.O. Box 12349 Columbia, SC 29211-2349 | | | | | | | |
| ACCOUNT NO. SYN001 | | | SEE ATTACHMENT F-1 | | | | 9,646.45 |
| Saint-Gobain Syncoglas NV Drukkerijstraat 9 B-9240 Zeele **BELGIUM** | | | | | | | |
| ACCOUNT NO. SAM001 | | | SEE ATTACHMENT F-1 | | | | 1,491 59 |
| Sam's Club #8126 Dept. 49 P.O. Box 105983 Atlanta, GA 30348-5983 | | | | | | | |

Sheet no. 18 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷
(Total of this page)
Total ▷
(Use only on last page of the completed Schedule F.)

$37,355 45

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re ___**AIRSHIELD CORPORATION**___ ,
            Debtor

Case No. ___01-20765-B-11___
            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. SAS001 S.A.S. 2336 S.E. 9th Portland, OR 97214 | | | SEE ATTACHMENT F-1 | | | | 2,906 65 |
| ACCOUNT NO. SCI001 Scientific Research Co. 4018 N Williams Ave Portland, OR 97227 | | | SEE ATTACHMENT F-1 | | | | 48,756.55 |
| ACCOUNT NO. SEA006 Seahorse Transportation, Inc. P.O. Box 3767 Brownsville, TX 78520 | | | SEE ATTACHMENT F-1 | | | | 10,993 75 |
| ACCOUNT NO. SHA001 Shands Travel Group P.O. Box 3300 Brownsville, TX 78520 | | | SEE ATTACHMENT F-1 | | | | 2,124.50 |
| ACCOUNT NO. SHA003 Sharpsite Internet P.O. Box 1164 Waco, TX 76701-1164 | | | SEE ATTACHMENT F-1 | | | | 113 67 |
| ACCOUNT NO. SOU007 Southwestern Bell P.O. Box 4706 Houston, TX 77210-4706 | | | SEE ATTACHMENT F-1 | | | | 883.08 |

Sheet no. 19 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $65,778.20
(Total of this page)
Total ▶ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____ **AIRSHIELD CORPORATION** _____ ,
　　　　　　　　　　Debtor

Case No. _____ 01-20765-B-11 _____
　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. SPR002<br><br>Sprint<br>P.O. Box 650338<br>Dallas, TX 75265-0338 | | | SEE ATTACHMENT F-1 | | | | 288.73 |
| ACCOUNT NO.<br><br>SRS NE Removal Action Trust<br>c/o Randy Smith, Group Administrator<br>P.O. Box 310<br>Mount Vernon, NH 03057 | | | ENVIRONMENTAL CLEAN-UP CLAIMS | X | X | X | unknown |
| ACCOUNT NO.<br><br>State of Connecticut<br>Office of Attorney General<br>Department of Environment<br>c/o Jack Looney<br>55 Elm Street<br>2nd Floor<br>Hartford, Connecticut 06106 | | | ENVIRONMENTAL CLEAN-UP CLAIMS | X | X | X | unknown |
| ACCOUNT NO. STO001<br><br>Stone & Bruce, P.C.<br>2311 Cedar Springs Rd.<br>Suite 200<br>Dallas, TX 75201 | | | SEE ATTACHMENT F-1 | | | | 21,274.76 |
| ACCOUNT NO. STO002<br><br>Mark P. Stone<br>1100 High Ridge Road<br>Suite 205<br>Stamford, CT 06905 | | | SEE ATTACHMENT F-1 | | | | 5,404.00 |
| ACCOUNT NO SUN004<br><br>Sun Belt Transportation<br>8100 E. 14th St.<br>Brownsville, TX 78521 | | | SEE ATTACHMENT F-1 | | | | 497 25 |

Sheet no. 20 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| | $27,464 74 |

(Report total also on Summary of Schedules)

CutePDF - www.tesko.com

FORM B6F - Cont.
(10/89)

In re ___**AIRSHIELD CORPORATION**___ ,
                Debtor

Case No. ___01-20765-B-11___
               (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. SUN001<br><br>Sun Life of Canada<br>Sort 3016<br>P.O. Box 4655<br>Carol Stream, IL 60197-4655 | | | SEE ATTACHMENT F-1 | | | | 794.51 |
| ACCOUNT NO. TEJ001<br><br>Tejas Reprographics, Inc.<br>1200 W. Polk Avenue<br>Suite H<br>Pharr, TX 78577 | | | SEE ATTACHMENT F-1 | | | | 120.26 |
| ACCOUNT NO. TEL003<br><br>Tele-Pro Communications<br>2405 N. 27th<br>McAllen, TX 78501 | | | SEE ATTACHMENT F-1 | | | | 135.31 |
| ACCOUNT NO. THR001<br><br>Three R Industries<br>15041 Downey Road<br>Capac, MI 48014 | | | SEE ATTACHMENT F-1 | | | | 5,828.20 |
| ACCOUNT NO. TSI001<br><br>TSI<br>18165 Telegraph<br>Romulus, MI 48174 | | | SEE ATTACHMENT F-1 | | | | 6,262.95 |
| ACCOUNT NO. MAN001<br><br>U.S. Bancorp Manifest Funding<br>P.O. Box 5179<br>Sioux Falls, SD 57117-5179 | | | SEE ATTACHMENT F-1 | | | | 6,108.62 |

Sheet no. 21 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)
Total ➤
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| | $19,249.85 |
| | |

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re    <u>AIRSHIELD CORPORATION</u>                    .         Case No. _____<u>01-20765-B-11</u>
                    Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. UEI001<br><br>UEI Incorporated<br>2771 West River Road<br>Grand Rapid, MI 49544 | | | SEE ATTACHMENT F-1 | | | | 2,697 90 |
| ACCOUNT NO. UPS001<br><br>United Parcel Service<br>P.O. Box 505820<br>The Lakes, NV 88905-5820 | | | SEE ATTACHMENT F-1 | | | | 3,166.72 |
| ACCOUNT NO. UPS002<br><br>UPS Customhouse Brokerage<br>P.O. Box 34486<br>Louisville, KY 40232 | | | SEE ATTACHMENT F-1 | | | | 238 12 |
| ACCOUNT NO. USF001<br><br>USF Bestway<br>P.O. Box 29152<br>Phoenix, AZ 85038 | | | SEE ATTACHMENT F-1 | | | | 1,081.87 |
| ACCOUNT NO. USW001<br><br>USWest Communications<br>P.O. Box 12480<br>Seattle, WA 98111-4480 | | | UNKNOWN | X | X | X | 607.80 |
| ACCOUNT NO. VEL001<br><br>Ernesto Velarde-Danache Inc.<br>3505 Boca Chica Blvd.<br>Suite 146<br>Brownsville, TX 78521 | | | SEE ATTACHMENT F-1 | | | | 318.00 |

Sheet no. 22 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ►    $8,110 41
(Total of this page)
Total ►
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____**AIRSHIELD CORPORATION**_____,          Case No. _____01-20765-B-11_____
                    Debtor                                              (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. VIK001<br><br>Viking Office Products<br>P.O. Box 30488<br>Los Angeles, CA 90030-0488 | | | SEE ATTACHMENT F-1 | | | | 1,274 29 |
| ACCOUNT NO. WCL001<br><br>W. Clark Associates<br>HC-1 Box 258-K<br>Lakeville, PA 18438 | | | SEE ATTACHMENT F-1 | | | | 20,660.20 |
| ACCOUNT NO. GRE002<br><br>Wells Fargo Financial Leasing<br>P.O. Box 6167<br>Carol Stream, IL 60197-6167 | | | SEE ATTACHMENT F-1 | | | | 1,722 59 |
| ACCOUNT NO. CAR007<br><br>Willis Communications Corp.<br>1265 N. Expressway<br>Brownsville, TX 78521 | | | SEE ATTACHMENT F-1 | | | | 2,883 52 |
| ACCOUNT NO. WOR002<br><br>Worthington Customs Plastics<br>P.O. Box 77535<br>Detroit, MI 48277 | | | SEE ATTACHMENT F-1 | | | | 814 64 |
| ACCOUNT NO. YEL001<br><br>Yellow Freight Systems<br>P.O. Box 13850<br>Newark, NJ 07188-0850 | | | SEE ATTACHMENT F-1 | | | | 241 46 |

Sheet no. 23 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤          $27,596 70
(Total of this page)
Total ➤
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re   __AIRSHIELD CORPORATION_____,          Case No.   ___01-20765-B-11___
              Debtor                                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND WIFE JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ZAR001<br><br>Zarley, McKee, Thomte, Voorhees<br>801 Grand #3200<br>Des Moines, IA 50309-2721 | | | SEE ATTACHMENT F-1 | | | | 14,641 85 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 24 of 24 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)          | $14,641 85 |

Total ➤
(Use only on last page of the completed Schedule F.)          | $4,360,083 98 |

(Report total also on Summary of Schedules)

In re  AIRSHIELD CORPORATION , Debtor.                              Case No. 01-20765-B-11

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

[ ] Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| PAUL J. MEYER<br>P.O. BOX 7231<br>WACO, TX 76714-7231 | C.I.O.S.<br>P.O. BOX 7411<br>WACO, TX 76714 |
| CARL R. MEYER<br>P.O. BOX 3707<br>BROWNSVILLE, TX 78523 | (EMERGENT FINANCIAL CORP.<br>A DIVISION OF EMERGENT BUSINESS CAPITAL)<br>(PURCHASED BY)<br>COMERICA BUSINESS CREDIT<br>SMALL BUSINESS DIVISION<br>ONE DETROIT CENTER<br>500 WOODWARD AVENUE<br>MAIL CODE 3258<br>DEROIT, MI 48226 |

Form B6H - 6/90 - SCHEDULE H -CODEBTORS

in re  AIRSHIELD CORPORATION, Debtor.                          Case No. 01-20765-B-11

| | | | | |
|---|---|---|---|---|
| None | 19. | **Current Partners, Officers, Directors and Shareholders** | | |
| X | a. | If the debtor is a partnership. list the nature and percentage of partnership interest of each member of the partnership. | | |

| NAME & ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

| | | | |
|---|---|---|---|
| None | b. | If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, | |
| ☐ | | controls, or holds 5 percent or more of the voting securities of the corporation. | |

| NAME & ADDRESS | TITLE | NATURE & PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Paul J. Meyer<br>2524 N. Valley Mills Drive<br>Waco, TX  76710 | | 54,270 shares of Airshield, Inc. |
| The Saddlebrooke Trust FBO<br>William Adam Meyer | | 6,332 shares of Airshield, Inc. |
| The Saddlebrooke Trust FBO<br>Paul James Meyer, Jr. | | 6,332 shares of Airshield, Inc. |
| The Saddlebrooke Trust FBO<br>Carl Lawrence Meyer | | 6,332 shares of Airshield, Inc. |
| The Saddlebrooke Trust FBO<br>Janna Slechta | | 6,332 shares of Airshield, Inc. |
| The Saddlebrooke Trust FBO<br>Leslie Jane Meyer | | 6,332 shares of Airshield, Inc. |
| Ferrell Hunter<br>Seabreeze I, #602, Box 304B<br>South Padre Island, TX  78597 | CEO | |
| Airshield, Inc. | | Owns 100 % of Airshield Corporation |

| | | | |
|---|---|---|---|
| None | 20. | **Former partners, officers, directors and shareholders** | |
| X | a. | If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case. | |

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

| | | | |
|---|---|---|---|
| None | b. | If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case. | |
| X | | | |

| NAME & ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|



**Form 7 - STATEMENT OF FINANCIAL AFFAIRS PAGE  OF 7**

7