IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Frank T. Buckley, Jr., | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. B-01-153 |
| Airshield Corp., et al., | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on January 24, 2002, the Court **ORDERED** the Parties to submit a Joint Discovery / Case Management Plan in compliance with Court Chamber Rule 7(A)(1) no later than 2:00 p.m. on Friday, January 25, 2002. The Court furthers **ORDERS** the Parties to **SHOW CAUSE** why sanctions should not be levied against them for their failure to submit the Joint Discovery / Case Management Plan two weeks prior to the initial pretrial conference. The Parties will be required to show such cause at the initial pretrial conference which is scheduled for January 28, 2002, at 1:45 p.m.

The Parties are further admonished that failure to comply with an order of the Court may result in sanctions.

DONE at Brownsville, Texas, this 24th day of January 2002.

Hilda G. Tagle
United States District Judge