#8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

JAN 2 5 2002

Clerk of Court

| | |
|---|---|
| FRANK T. BUCKLEY, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. B-01-153 |
| AIRSHIELD CORP., et al. | ) |
| Defendants. | ) |

## STIPULATED ORDER OF DISMISSAL

Plaintiff Frank T. Buckley, Jr. and Defendants Airshield Corp., through and by their counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all charges and complaints raised in the above-styled action.

Respectfully submitted,

Frank T. Buckley

Dated: January 25, 2002        By: _____
                                Chris Kliefoth, Esq.
                                Diane Cafritz, Esq.
                                Bar No. 451735
                                McDERMOTT, WILL & EMERY
                                600 13th Street NW
                                Washington, D.C. 20005-3096
                                (202)756-8000
                                *Counsel for Plaintiff, Frank T. Buckley, Jr.*

Dated: January 25, 2002        By: _R[signature]_____
                                    Russell Mills, Esq.
                                    Federal I.D. No. _____
                                    HIERSCHE, HAY, ~~~~~~~~~~ &
                                    URBACH, P.C.
                                    15303 Dallas Park~~~
                                    Addison, Texas 75~~~
                                    (972) 701-7000
                               Bankruptcy Counsel for Defendant ~~~~~~ Corp.

Dated: January 25, 2002        By: _____
                                    Dennis Thomte, Esq.
                                    Shane Niebergall, Esq.
                                    Federal I.D. No. 68-0487150
                                    THOMTE, MAZOUR & NIEBERGALL,
                                    L.L.C.
                                    2120 South 72nd Street, Suite 1111
                                    Omaha, Nebraska 68124
                                    (402) 392-2280
                                    *Counsel for Defendant Airshield Corp.*

Dated: January 25, 2002        By: _____
                                    Marc H. Schneider, Esq.
                                    Federal I.D. No.
                                    Waldron, Schneider & Todd, P.C.
                                    University Park
                                    15150 Middlebrook Drive
                                    Houston, Texas 77058
                                    (281) 488-4438

                                    *Counsel for Lisa Nichols,
                                    Bankruptcy Trustee of Defendant Airshield
                                    Corp.; Case No. 01-20765*

SO ORDERED:

Date: _____

                                    _____
                                    Hilda G. Tagle
                                    United States District Judge

Dated: January 25, 2002                By: _____
                                       Russell Mills, Esq.
                                       Federal I.D. No. 18133
                                       HIERSCHE, HAYWARD, DRAKELEY &
                                       URBACH, P.C.
                                       15303 Dallas Parkway, Suite 700
                                       Addison, Texas 75001
                                       (972) 701-7000
                                       Counsel for Defendant Airshield Corp.

Dated: January 25, 2002                By: _____
                                       Dennis Thomte, Esq.
                                       Shane Niebergall, Esq.
                                       Federal I.D. No. 68-0487160
                                       THOMTE, MAZOUR & NIEBERGALL,
                                       L.L.C.
                                       2120 South 72nd Street, Suite 1111
                                       Omaha, Nebraska 68124
                                       (402) 392-2280
                                       *Counsel for Defendant Airshield Corp.*


Dated: January 25, 2002                By: _____
                                       Marc H. Schneider, Esq.
                                       Federal I.D. No.
                                       Waldron, Schneider & Todd, P.C.
                                       University Park,
                                       15150 Middlebrook Drive
                                       Houston, Texas 77058
                                       (281) 488-4438

                                       *Counsel for Lisa Nichols,*
                                       *Bankruptcy Trustee of Defendant Airshield*
                                       *Corp.; Case No. 01-20765*


SO ORDERED:

Date: _____                   _____
                                       Hilda G. Tagle
                                       United States District Judge

WDC99 550574-1.049666.0011                      2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulated Order Of Dismissal was served upon Defendants by depositing a copy via First Class Mail, postage prepaid to the following this 25th day of January, 2002:

Russell Mills, Esq.
Federal I.D. No. 18133
HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.
15303 Dallas Parkway, Suite 700
Addison, Texas 75001
(972) 701-7000
*Counsel for Defendant Airshield Corp.*

Dennis Thomte, Esq.
Shane Niebergall, Esq.
Federal I.D. No. 68-0487150
THOMTE, MAZOUR & NIEBERGALL, L.L.C.
2120 South 72nd Street, Suite 1111
Omaha, Nebraska 68124
(402) 392-2280
*Counsel for Defendant Airshield Corp.*

Marc H. Schneider, Esq.
Federal I.D. No.
Waldron, Schneider & Todd, P.C.
University Park,
15150 Middlebrook Drive
Houston, Texas 77058
(281) 488-4438

*Counsel for Lisa Nichols, Bankruptcy Trustee
of Defendant Airshield Corp.
Case No. 01-20765*

_____
Diane L. Cafritz