IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Frank T. Buckley, Jr., | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-01-153 |
| Airshield Corp., et al., | § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on January 25, 2001, the Court considered the Parties' Stipulation of Dismissal [Dkt. No. 8].

1. The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice. All Parties shall bear their own costs.

2. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 25th day of January 2002.

Hilda G. Tagle
United States District Judge